IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW WHITE, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 19-cv-3181-SEM-TSH |
| JOSEPH FELCHNER, and ELLEN SWEENEY, | ) ) ) ) |
| Defendants. | ) ) |

## AFFIDAVIT

I, JOSEPH FELCHNER, being first duly sworn upon my oath, depose and state as follows:

1. I am over 21 years of age and competent to testify with regard to the facts of this matter.

2. Attached hereto is a true and accurate copy of my police report as well as the audio from the radio traffic with dispatch. All the facts stated therein are accurate.

3. On August 10, 2018, I was working as a police officer for the Village of Rochester, Illinois.

4. While on duty, I ran the license plate of a maroon-colored Mercury later identified to be driven by Andrew White.

5. The computer system in my squad car gave me information that indicated the vehicle was reported stolen.

6. I contacted Sangamon County Dispatcher who further confirmed that the vehicle was stolen.

7. I then made contact with dispatch and had them contact the investigating officer, Ellen Sweeney of the Secretary of State Police. I was again advised that this vehicle was considered stolen with the registration and title revoked.

8. Based on the information available to me, I had probable cause to believe that an offense had been committed and I arrested White on charges including possession of a stolen vehicle, driving with a revoked registration, failure to surrender revoked registration and operating a vehicle.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JOSEPH FELCHNER

Subscribed and sworn to before me this 16th day of October, 2019.

_____
Notary Public

"OFFICIAL SEAL"
SUZANNE M. GLAUB
Notary Public - State of Illinois
My Commission Expires July 03, 2020