Police Information and Planning System                              Report Date:
DETAIL INCIDENT REPORT                                              Program No:   PIPSIN51

## INCIDENT INFORMATION

| | | DATE | TIME | DATE | TIME | | |
|---|---|---|---|---|---|---|---|
| INCIDENT: | 18-0001664 | OCCURRED | OCCURRED | REPORTED | REPORTED | | |
| TICKET #: | 196283 | 08/10/18 | 15:20 | 08/10/18 | 15:20 | REF#: | |
| CASE STATUS: | 03  Cleared by Arrest - Adult | | | | | | |
| OFFENSE: | 2475  Motor Vehicle Anti-Theft Laws | | | | | | |
| REPORT STATUS: | | HOW REPORTED: | | RECEIVED BY: | | PHOTOS? N | VCR? N |
| ARRESTING OFFICER: | 139  Joseph Felchner | | | | | | |
| 2ND OFFICER: | | | | | | | |

| | | | BEAT | CITY/ |
|---|---|---|---|---|
| INCIDENT ADDRESS: | Route 29 / Taft Lane | LOCATION DESCRIPTION | AREA | TOWNSHIP |
| | ROCHESTER  62563 | | 01-000 | 4940 |
| GENERAL LOCATION: | | | | |

## PERSONS ARRESTED INFORMATION

WHITE, ANDREW P.                    DOB: ■■■        SSN: N/A        DLN: W■■■
■■■■■■■■■■                          Phones:  RES: N/A      BUS: N/A         CEL: N/A         FAX: N/A
                                    Desc: Sex:MALE  Race:Black  Hgt:5'11"  Wgt:205lbs  Hair:Black  Eyes:Brown
COUNTY:

*** ARRESTED:08/10/18   TIME:15:20   BOOKING #:           OFFICER:139  Joseph Felchner
    CHARGE/COUNTS:2475/01 Motor Vehicle Anti-Theft Laws    DISPOSITION:87 Arrested-Held For Prosecution
    COURT DATE:09/10/18 13:30 SENTENCE: -    FINE:      COST:       DISPOSITION:02 Acquitted or Dismissed
*** ARRESTED:08/10/18   TIME:15:20   BOOKING #:           OFFICER:139  Joseph Felchner
    CHARGE/COUNTS:2460/01 Revoked, Cancelled Registration   DISPOSITION:87 Arrested-Held For Prosecution
    COURT DATE:09/10/18 13:30 SENTENCE: -    FINE:      COST:       DISPOSITION:
*** ARRESTED:08/10/18   TIME:15:20   BOOKING #:           OFFICER:139  Joseph Felchner
    CHARGE/COUNTS:9643/01 Warning Tickets/Equipment Violation   DISPOSITION:87 Arrested-Held For Prosecution
    COURT DATE:09/10/18 13:30 SENTENCE: -    FINE:      COST:       DISPOSITION:
*** ARRESTED:08/10/18   TIME:15:20   BOOKING #:           OFFICER:139  Joseph Felchner
    CHARGE/COUNTS:9643/01 Warning Tickets/Equipment Violation   DISPOSITION:87 Arrested-Held For Prosecution
    COURT DATE:09/10/18 13:30 SENTENCE: -    FINE:      COST:       DISPOSITION:02 Acquitted or Dismissed

## OTHER PERSONS INVOLVED INFORMATION

LOFTON, CHRISTIE L.                 DOB: ■■■        SSN: N/A        CLN: N/A
■■■■■■■■■■                          Phones:  RES: N/A      BUS: N/A         CEL: N/A         FAX: N/A
                                    Desc: Sex:FEMALE  Race:White  Hgt:5'06"  Wgt:258lbs  Hair:Red  Eyes:Hazel
COUNTY:  SANG                       Build:Large   Complexion:Fair

        *** INVOLVEMENT: Adult Victim                    OFFENSE: 2475 Motor Vehicle Anti-Theft Laws /

## PROPERTY INFORMATION

|     |                      |          |       | RECOVERY |                              |          |
|-----|----------------------|----------|-------|----------|------------------------------|----------|
| REF | PROPERTY DESCRIPTION | QUANTITY | VALUE | DATE     | REASON REPORTED              | CONTROL# |
| 001 | 821  Auto            | 1.000    |       |          | 5-Recovered (Property prev. stolen) | 180001664 |

Police Information and Planning System

DETAIL INCIDENT REPORT

Report Date: 10/23/18
Program No: PIPSIN51

## DETAIL PROPERTY INFORMATION

**** VEHICLE PROPERTY DETAIL ****

| REF | PROPERTY | STATE | LICENSE YEAR/MO | NUMBER | YEAR | MAKE | MODEL | BODY | COLOR | VIN |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 821 | IL | 2019 07 | AW86617 | 1995 | MERC | | 4D | RED/MAR | 2MELM75W3SX602613 |

MISCELLANEOUS: Driven home by owner

## VEHICLE USED INFORMATION

| VEH NUMBER | CASE RELATION | STATE | LICENSE YEAR/MO | NUMBER | YEAR | MAKE | MODEL | BODY | COLOR | DISPOSITION |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | AA | IL | 2019 07 | AW86617 | 1995 | MERC | | 4D | RED/MAR | |

MISCELLANEOUS ID/INFO: VIN:2MELM75W3SX602613

## OFFICER ACTIVITY INFORMATION

| ID | OFFICER NAME | DATE | | ACTIVITY DESCRIPTION | TIME IN/DISP | TIME ARRIVED | TIME OUT/CLRD | MAN HOURS |
|---|---|---|---|---|---|---|---|---|
| 139 | Joseph Felchner | 08/10/18 | 9476 | Investigations, Initial | 15:20 | N/A | 17:45 | 02:25 |

TOTAL MANHOURS: 2:25

Police Information and Planning System

DETAIL INCIDENT REPORT

Report Date: 10/23/18
Program No: PIPSIN51

## MULTIPLE OFFENSES - INCIDENT INFORMATION

| Field | Value |
|---|---|
| INCIDENT: | 18-0001664 |
| TICKET #: | 196280 |
| CASE STATUS: | 03  Cleared by Arrest - Adult |
| OFFENSE: | 2460  Revoked, Cancelled Registration |
| REPORT STATUS: | |
| ARRESTING OFFICER: | 139  Joseph Felchner |
| 2ND OFFICER: | |
| INCIDENT ADDRESS: | Route 29 / Taft Lane  ROCHESTER  62563 |
| GENERAL LOCATION: | |

DATE OCCURRED: 08/10/18
TIME OCCURRED: 15:20
DATE REPORTED: 08/10/18
TIME REPORTED: 15:20
REF#:
HOW REPORTED:
RECEIVED BY:
PHOTOS?: N
VCR?: N
LOCATION DESCRIPTION
BEAT AREA: 01-000
CITY/TOWNSHIP: 4940

## MULTIPLE OFFENSES - INCIDENT INFORMATION

| Field | Value |
|---|---|
| INCIDENT: | 18-0001664 |
| TICKET #: | 196282 |
| CASE STATUS: | 03  Cleared by Arrest - Adult |
| OFFENSE: | 9643  Warning Tickets/Equipment Violation |
| REPORT STATUS: | |
| ARRESTING OFFICER: | 139  Joseph Felchner |
| 2ND OFFICER: | |
| INCIDENT ADDRESS: | Route 29 / Taft Lane  ROCHESTER  62563 |
| GENERAL LOCATION: | |

DATE OCCURRED: 08/10/18
TIME OCCURRED: 15:20
DATE REPORTED: 08/10/18
TIME REPORTED: 15:20
REF#:
HOW REPORTED:
RECEIVED BY:
PHOTOS?: N
VCR?: N
LOCATION DESCRIPTION
BEAT AREA: 01-000
CITY/TOWNSHIP: 4940

## MULTIPLE OFFENSES - INCIDENT INFORMATION

| Field | Value |
|---|---|
| INCIDENT: | 18-0001664 |
| TICKET #: | 196281 |
| CASE STATUS: | 03  Cleared by Arrest - Adult |
| OFFENSE: | 9643  Warning Tickets/Equipment Violation |
| REPORT STATUS: | |
| ARRESTING OFFICER: | 139  Joseph Felchner |
| 2ND OFFICER: | |
| INCIDENT ADDRESS: | Route 29 / Taft Lane  ROCHESTER  62563 |
| GENERAL LOCATION: | |

DATE OCCURRED: 08/10/18
TIME OCCURRED: 15:20
DATE REPORTED: 08/10/18
TIME REPORTED: 15:20
REF#:
HOW REPORTED:
RECEIVED BY:
PHOTOS?: N
VCR?: N
LOCATION DESCRIPTION
BEAT AREA: 01-000
CITY/TOWNSHIP: 4940

OFFICER/DEPUTY _____

APPROVED BY _____

SIGNATURES _____  DATE _____  DATE _____

On 08/10/2018 at approximately 1520 hours I, Officer Joseph Felchner, initiated a traffic stop on a vehicle reported stolen. The driver, Andrew P White (███████) was arrested for operating a stolen vehicle and confined to the Sangamon County Jail.

The following narrative, not verbatim or in its entirety, is a summary of my investigations, observations, and actions.

On 08/10/2018 at approximately 1500 hours I was conducting stationary patrol at the intersection of Route 29 and Taft Lane. Using my in car computer, I ran the license plate of a maroon colored Mercury that was travelling South on Route 29. My computer displayed that the vehicle was reported stolen out of Springfield. I confirmed through Sangamon County Dispatch that the vehicle was stolen. Unfortunately I was unable to locate the vehicle, so I continued driving South and remained stationary at the 7500 Block of Route 29. I then called Dispatch who had contacted the Secretary of State Police Investigator Sweeney who reported it stolen. I was advised that the vehicle is stolen, with the registration and title revoked.

At approximately 1520 hours I observed the stolen vehicle travelling Southbound on Route 29. I initiated my emergency lights and stopped the vehicle at the intersection of Route 29 and Leach.

I approached the driver's side of the vehicle, and stood near the left rear wheel. I asked the driver, who I now know to be Andrew P White ███████ to exit the vehicle and keep his hands up. He exited the vehicle and I placed him in handcuffs. I explained that the vehicle was stolen; and that the title and registration were both revoked. Mr. White stated he was concerned about his children in the vehicle who are both under the age of two. Upon confirming his identity, I removed the handcuffs. At this time, Deputies Miller and Wieland arrived on scene.

We were notified via dispatch that Investigator Sweeney made contact with the vehicle owner and would drive to the scene to retrieve her vehicle. She also confirmed that the vehicle is stolen, and stated that she has had multiple contacts with Mr. White regarding this issue. I then placed Mr. White back in handcuffs with him cuffed in the front. I checked them for fit but did not double lock them. The deputies maintained contact with Mr. White while I started writing the citations.

Dispatch was able to contact Mr. Whites father to take custody of the children. The vehicle was beginning to get warm, so the deputies removed the children from the stolen vehicle and placed one in each of their vehicles to keep them cool. Mr. Whites father arrived and took custody of the children. The children's names were A███ W████████ and J███ W████████. The owner of the vehicle, Christie L Lofton (███████), arrived to drive her vehicle home. I removed the stolen plates from the vehicle.

I drove Mr. White to the Rochester Police Department to fill out the electronic Probable Cause form, and then transported him to the Sangamon County Jail. Mr. White received the following citations: 196283 625 ILCS 5/4-103 Possession of a stolen vehicle, 196280 625 ILCS 5/3-702 Driving with Revoked Registration, 196281 625 ILCS 5/ 3-706 Failure to Surrender Revoked Registration, and 196282 625 ILCS 5/3-101 Operating Vehicle with Revoked Title.

Supplemental Report: 08/15/18
Officer Joseph Felchner

After reviewing the radio transmissions from this arrest, I wanted to further articulate why the vehicle was stolen. Investigator Sweeny stated that Mr. White stole the title from Christie Lofton. She stated that he also illegally got new plates and a new title. Investigator Sweeney stated that she has had multiple conversations with Mr. White. She stated that he had the opportunity to come in to prove ownership but he did not do that. She states Christie Lofton came in and proved ownership of the vehicle.

# Sangamon County Sheriff's Office
## Field Booking and Probable Cause Statement

**Incident Report Number:** 18-1664
**NCIC Number:** IL0840900
**Arresting Agency:** ROCHESTER POLICE DEPT.

### Arrestee

| Field | Value |
|---|---|
| Name (Last, First, Middle) | White, Andrew P |
| Address | [redacted] |
| Social Security | [redacted] |
| Drivers License | W[redacted] |
| State | IL |
| City | [redacted] |
| State | [redacted] |
| Home Phone | [redacted] |
| Work Phone | |
| Date of Birth | [redacted] |
| Age | 38 |
| Sex | MALE |
| Height | 5 ft. 11 in. |
| Weight | 205 |
| Eye Color | Brown |
| Hair Color | Black |
| Race | BLACK |

**Injury Type:** X None
- Apparent Minor Injury
- Possible Internal Injury
- Severe Laceration
- Shot
- Apparent Broken Bones
- Loss of Teeth
- Unconsciousness
- Other Major Injury

**Transported By:**
**Hospital:**

### Arrest

| Field | Value |
|---|---|
| Arrest Date | 08/10/18 |
| Arrest Time | 1520 |
| Location of Arrest | Route 29 and Leach, Rochester, IL |
| Arrest Type | PC |
| Basis for Caution | |
| Personal Property Taken as Evidence | None |
| Arresting Officer | J. FELCHNER |
| ID Number | SG 742 |
| Assisting Officer | NONE |
| ID Number | NONE |

### Charges Issued

**1.** Counts: 1 | Warrant Number: | Ordinance/Statute: 625 ILCS 5/4-103
Description: Possession of Stolen Vehicle

**2.** Counts: | Warrant Number: | Ordinance/Statute:
Description:

**3.** Counts: | Warrant Number: | Ordinance/Statute:
Description:

**4.** Counts: | Warrant Number: | Ordinance/Statute:
Description:

**5.** Counts: | Warrant Number: | Ordinance/Statute:
Description:

### Statement of Probable Cause

I ran the license plate of a Red Mercury that drove by my squad car. The vehicle came back Stolen. I confirmed this via Sangamon County Dispatch. Initiated a traffic stop and placed the driver, Andrew P White ([redacted]) in custody. Confined to Sangamon County Jail.

### Judicial

| Date | Time | Comments: | Bail Amount |
|---|---|---|---|
| | | | $ |

- ☐ PC Founded
- ☐ Not Founded

Signature of Judge:

**Printed Name of Arresting Officer:** J. FELCHNER
**ID Number:** SG 742
**Signature of Arresting Officer:** [signature]
**Date:** 08/10/18

Original - Court    Yellow - Booking    Pink - Arresting Agency    SCSO 172 Revised David L. Matrisch 9-1-7

Revised 10/30/16