IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW WHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 19-cv-3181-SEM-TSH |
| JOSEPH FELCHNER, and ELLEN SWEENEY, | ) ) ) ) |
| Defendants. | ) |

## PROPOSED DISCOVERY PLAN

*Pro Se* Plaintiff, Andrew White; Charles A. Pierce, Attorney for Defendant Joseph Felchner; and Shannon Lynn Fruth, Attorney for Defendant Ellen Sweeney, having met on November 19, 2019, for the purpose of formulating a proposed discovery schedule for consideration by the Court, hereby submit the following agreed deadlines for the Court's consideration:

1. Disclosure of Plaintiff's experts: April 1, 2020

2. Plaintiff's experts deposed: May 1, 2020

3. Disclosure of Defendants' experts: June 15, 2020

4. Defendants' experts deposed: July 15, 2020

5. Provisions, if any, for discovery or disclosure of electronically stored information: September 1, 2020

6. Completion of all discovery: September 15, 2020

7. Dispositive motions: October 15, 2020

Andrew White, *Pro Se* Plaintiff:          JOSEPH FELCHER, Defendant

By: _____          By: s/Charles A. Pierce_____

                                           ELLEN SWEENEY, Defendant

                                           By: s/Shannon Lynn Fruth (By consent)

1