IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION



FILED

JAN 29 2020

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANDREW WHITE,

    Plaintiff,

v.                                                          Case No. 19-cv-3181-SEM-TSH

JOSEPH FELCHNER and ELLEN

SWEENEY,

    Defendants.

## PLAINTIFF MOTION TO HAVE CASE HEARD BY DISTRICT JUDGE

Now comes the Plaintiff, **ANDREW WHITE**, respectfully request that the above styled case be heard by the District Judge instead of the Magistrate.

1. Plaintiff feels more confident with the US District Judge to handle all the proceedings in this case.

**WHEREFORE**, Plaintiff prays this honorable to assign his case to a US District Court Judge for all further proceedings in this case.

2. Recently the Plaintiff has secured the necessary finance to retain counsel to assist him in preparation and response to Defendant's motion for Summary Judgment.
3. The Plaintiff asserts that Defendant's Summary Judgment filed in this case contains complexity of issues raised and Plaintiff needs skilled counsel assistance to help prepare and answer or otherwise respond to the Motion.

**WHEREFORE,** Plaintiff moves the Court for a 2nd extension of time in which to file or respond to Defendant's Motion for Summary Judgment.

Respectfully submitted,

*Andrew White*

Andrew White

1751 North Grand Ave. West

Springfield, IL 62702

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2020. I have mailed a copy of Plaintiffs' Motion for Case to be Heard by US District Judge . by placing it in the US Mail addressed to the following defendants:

Shannon Lynn Fruth
Illinois Attorney General
500 S. Second Street
Springfield, IL 62706

Charles A. Pierce
Pierce Law Firm, P.C.
#3 Executive Woods Court, Suite 200
Belleville, IL 62226

Respectfully submitted,

*Andrew White* (signature)

Andrew White
1751 North Grand Ave. West
Springfield, IL 652702