IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION



FILED
JAN 29 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANDREW WHITE,

    Plaintiff,

v.                                                        Case No. 19-cv-3181-SEM-TSH

JOSEPH FELCHNER and ELLEN

SWEENEY,

    Defendants.

### 2nd MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Comes now the Plaintiff, **ANDREW WHITE**, IN Pro Se, and moves this honorable court to grant him an extension of time to file a response to Defendant's motion for Summary Judgment and for good cause the Plaintiff states as follows:

1. Under the current court order the Plaintiff was given until January 31, 2020 to file his response pursuant to the Defendant's Motion for Summary Judgment.

2. Recently the Plaintiff has secured the necessary finance to retain counsel to assist him in preparation and response to Defendant's motion for Summary Judgment.
3. The Plaintiff asserts that Defendant's Summary Judgment filed in this case contains complexity of issues raised and Plaintiff needs skilled counsel assistance to help prepare and answer or otherwise respond to the Motion.

**WHEREFORE,** Plaintiff moves the Court for a 2nd extension of time in which to file or respond to Defendant's Motion for Summary Judgment.

Respectfully submitted,

*Andrew White*

Andrew White

1751 North Grand Ave. West

Springfield, IL  62702

## CERTIFICATE OF SERVICE

I hereby certify that on  J<small>ANUARY</small> 29, 2020, I have mailed a copy of Plaintiffs' Motion for C<small>ASE</small> TO B<small>E</small> H<small>EARD</small> by US District Judge by placing it in the US Mail addressed to the following defendants:

Shannon Lynn Fruth
Illinois Attorney General
500 S. Second Street
Springfield, IL 62706

Charles A. Pierce
Pierce Law Firm, P.C.
#3 Executive Woods Court, Suite 200
Belleville, IL 62226

Respectfully submitted,

*Andrew White*

Andrew White
1751 North Grand Ave. West
Springfield, IL 652702