IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

MAR - 3 2020

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANDREW WHITE, )
 )
      Plaintiff, )
 )
vs. ) Case No. 1-CV-3181-SEM-TSH
 )
JOSEPH FELCHNER AND )
ELLEN SWEENEY, )
 )
      Defendants. )

## RESPONSE TO MOTION FOR SUMMARY JUDGMENT OF JOSEPH FELCHNER

NOW COMES Andrew White, Plaintiff and in Response to the Motion for Summary Judgment of Defendant, Joseph Felchner, states as follows:

1. - 4.  Plaintiff admits the allegations of paragraphs 1, 2, 3, and 4 of the Motion.

5.  Plaintiff denies the allegations of paragraph 5 of the Motion.

6. -7.  Plaintiff admits the allegations of paragraphs 6 and 7 of the Motion.

_____
ANDREW WHITE, Plaintiff

Andrew White
1751 North Grand Avenue
West Lot #101
Springfield, IL 62702