E-FILED
Wednesday, 04 March, 2020  08:43:13 AM
Clerk, U.S. District Court, ILCD

FILED

MAR - 3 2020

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **ANDREW WHITE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 19-cv-3181-SEM-TSH** |
| | ) | |
| **JOSEPH FELCHNER, and ELLEN** | ) | |
| **SWEENEY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## AFFIDAVIT

I, Andrew White, being first duly sworn upon my oath, depose and state as follows:

1. I am over 21 years of age and competent to testify with regard to the facts of this matter.

2. I purchased from Christie L. Lofton of 1307 S. Pasfield Street, Springfield, Illinois 62704, a 1995 Mercury Grand Marquis 4 door red vehicle for the sum of $1,000, on or about July 13, 2017.  See attached Private Party Vehicle Use Tax Transaction Form dated July 13, 2018.

3. On August 10, 2018 I applied for transfer of title to the vehicle.  See Application for Vehicle Transaction attached.

4. On July 20, 2018 I obtained insurance on the aforesaid vehicle.  See copy of insurance card attached.

5. On ___July 13,___ , 2018, I was issued a valid Illinois Registration Vehicle Card relative to the aforesaid vehicle.

6. Christie L. Lofton of 1307 S. Pasfield Street, Springfield, Illinois was my former girlfriend.

7. On August 3, 2018 I was contacted by Ellen Sweeney, investigator for the Illinois Secretary of State requesting the location of my 1995 Mercury Marquis vehicle.

8. She advised me that Christie L. Lofton had reported the vehicle stolen.

9. I explained to Ellen Sweeney that I had purchased the vehicle a month earlier, that I had possession of the vehicle and it was titled to me.

10. I explained that Christie L. Lofton had recently broken up and that she was lying and acting out of anger.

11. I was stopped on August 10, 2018 by Officer Joseph Felchner of the Rochester Police Department.

12. I had not received written notice of revocation of my vehicle title or registration at that time.

13. I showed Officer Felchner my license, vehicle registration and insurance card reflecting that the vehicle was in my name.

14. I reasonably believe that I should be allowed to take discovery to show that an issue of facts exists as to Joseph Felchner's probable cause to believe that the vehicle was stolen.

FURTHER AFFIANT SAYENT NAUGHT.

_Andrew White_
ANDREW WHITE

Subscribed and sworn to before me this __3__ day of March, 2020.

_Amee J Kesky_
NOTARY PUBLIC

"OFFICIAL SEAL"
AMEE J KESKY
Notary Public, State of Illinois
My Commission Expires 8/16/2022