IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW WHITE, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   No. 3:19-cv-03181-SEM-TSH |
| JOSEPH FELCHNER and ELLEN SWEENEY, | ) ) ) ) |
|     Defendants. | ) ) |

**DECLARATION OF ASHLEY DROWNS**

I, ASHLEY DROWNS, state that I have personal knowledge of the facts set forth herein, that I am competent to testify, and pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am currently employed with the Office of the Attorney General as a Legal Secretary. Shannon Fruth is one of my assigned attorneys for whom I provide support services.

2. I was directed by Ms. Fruth to attempt to contact the Plaintiff in case no. 3:19-cv-03181-SEM-TSH, Andrew White, in order to schedule his deposition.

3. On September 17, 2020, I spoke with Andrew White regarding scheduling his deposition. He stated that he would provide dates and times that would work for his deposition and would be in further contact. For this call, Andrew White called from a phone number that was different than the one in the file for this case (the number we had in our file was the same number provided to the Court), so I noted this new number as an additional number in our database. This additional phone number is (217) 717-5051.

4. On September 23, 2020, I called Andrew White, who stated that a Mr. McFarland would be calling to arrange the deposition. Andrew White said that Mr. McFarland is an attorney

whose partner was possibly going to represent Plaintiff. I never received a phone call from Mr. McFarland or any other attorney on behalf of Andrew White.

5. On September 25, 2020, I called Andrew White both on the number on file with the Court and on the new number obtained on September 17, 2020. I left a message for Andrew White on the number on record with the Court, but the new number White provided was not accepting phone calls so I was unable to leave a message on that number.

6. On September 28, 2020, I contacted Co-Defendant's counsel and secretary by email to obtain Co-Defendant counsel's availability for Andrew White's deposition and was informed that October 22, 2020, was the best date for him.  On September 28, 2020, I also attempted to reach Andrew White by telephone on both telephone numbers and received no response. I left another voice message on the new number provided by White.

7. After conferring with Ms. Fruth regarding next steps, I was directed to send notice to Andrew White via certified mail that his deposition would be taken on October 22, 2020, at 10:00 a.m. I sent this notice on September 29, 2020, to Plaintiff's address registered with the Court. Notice was also sent to Co-Defendant.

8. I arranged for a court reporter with Alaris for Andrew White's deposition and initiated a Webex link to conduct the deposition remotely. On October 15, 2020, I contacted Andrew White on both telephone numbers and left another voice message. I needed to reach him before the scheduled deposition to obtain an email address to send the Webex link. After not receiving a call back, I tried calling both numbers that our Office had for Mr. White on October 19, 2020, and October 20, 2020. I left a voice message on each number each time that I called.

9. On October 20, 2020, I was directed by Ms. Fruth to cancel the court reporter consistent with Alaris' policy so as not to be charged for the deposition. Co-Defendant was also

contacted. The secretary for Co-Defendant also indicated that she did not have an email address on file for Andrew White.

10. I have read the foregoing and affirm that the facts contained herein are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of October, 2020.

*Ashley Drowns*

Ashley Drowns