## FOR THE CENTRAL DISTRICT OF ILLINOIS

ANDREW WHITE,                     )
                                  )
    Plaintiff,                  )
                                  )
v.                                )   No. 3:19-cv-03181-SEM-TSH
                                  )
JOSEPH FELCHNER and ELLEN         )
SWEENEY                           )
                                  )
    Defendants.                 )

## NOTICE OF DEPOSITION

TO:    Andrew White
        1751 North Grand Avenue West, Lot #101
        Springfield, IL  62702

WITNESS TO BE DEPOSED:    Plaintiff, Andrew White

PLACE:    AAG Shannon Fruth will appear via video conference from the Office of the Attorney General, Springfield, IL.

           Andrew White will appear remotely.

           Chuck Pierce will appear remotely.

DATE AND TIME:    **Thursday, October 22, 2020** at **10:00 am**

PLEASE TAKE NOTICE that the court appointed deposition of the above-named witness will be taken under oath at the above time and place pursuant to FRCP Rule 30. The deposition will be recorded by Certified Shorthand Reporter through Alaris Litigation Services, who will appear remotely.

Respectfully submitted,

ELLEN SWEENEY,

Defendant,

KWAME RAOUL, Attorney General of the State of Illinois,

Attorney for Defendant,

By: /s/ Shannon Fruth
Shannon Fruth, #6320635
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
Phone: (217) 785-4445
Fax: (217) 524-5091
E-mail: sfruth@atg.state.il.us
       gls@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW WHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:19-cv-03181-SEM-TSH ) |
| JOSEPH FELCHNER and ELLEN SWEENEY | ) ) ) |
| Defendants. | ) ) |

### CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2020, I caused a copy of the foregoing *Notice of Deposition* to be mailed via Certified Mail through the United States Postal Service in an envelope properly addressed and fully prepaid, to the following:

Andrew White
1751 North Grand Avenue West, Lot #101
Springfield, IL 62702

And mailed via the United States Postal Service in an envelope properly addresses and fully prepaid, to the following:

Charles A. Pierce
Pierce Law Firm, P.C.
#3 Executive Woods Court, Suite 200
Belleville, IL 62226
cpierce@piercelawpc.com

Respectfully submitted,

By: /s/ Shannon J. Fruth

Shannon Fruth, #6320635
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
Phone: (217) 785-4445
Fax: (217) 524-5091
E-mail: sfruth@atg.state.il.us
gls@atg.state.il.us

