# CANCELLATION

Alaris Litigation - Springfield, IL
711 N 11th Street
Saint Louis, MO  63101
Telephone: 314-644-2191
Fax:

| Job No. | 99091 | Scheduled Date | 10/14/2020 5:10:28 PM |
|---|---|---|---|
| Attn | Ashley Drowns | Attorney | Shannon L Fruth |
| Firm | Illinois Attorney General<br>500 S 2ND ST<br>SPRINGFIELD, IL  62701-1705<br>Phone: 217-557-7081<br>Fax: | | |
| Cancellation Info | Oct 20 2020  1:47PM By Paula Bouge<br>Cancelled by Ashley Drowns | | |

This fax/email is being sent as confirmation of the following scheduled deposition:

| Style of Case | Andrew White v Joseph Felchner et al | | |
|---|---|---|---|
| Witness(es) | Andrew White | | |
| Deposition Date | 10/22/2020 | Time | 10:00 AM - 05:00 PM |
| Location | Remote via VC<br><br>,<br>Phone:<br>Room No.:<br>Detail: | | |
| Remarks | | | |

We will confirm this assignment via telephone the business day prior to the scheduled time.  The terms and conditions listed below will be deemed as acceptable unless notice is given to Alaris Litigation - Springfield, IL at 314-644-2191 upon receipt of this facsimile or a different arrangement has been made in advance.
**Cancellation Policy**:  A fee of $150 may apply for all assignments cancelled after 3:00 pm CST the day before the scheduled date.
**Billing**:  The party identified above is the contracting party unless agreed to in writing prior to the rendering of services.  The party and/or firm is entirely responsible for the complete payment of fees incurred as described above (except services ordered by other parties' counsel).
**Conference Room Charges**:  Our Conference Room is complimentary when accompanying a Alaris Litigation - Springfield, IL during our regular business hours of Monday through Friday, 8:00 am to 5:30 pm.  After-hour charges will be billed by the hour at a rate of $135 per hour, which includes an attendant and after-hours air-conditioning.
**Payment Terms**:  A deposit of $500 for 1/2 and $1000 for a full day of scheduled services is required by check or credit card three days prior to the scheduled date. Any remaining balance will be due by COD or credit card, which will be kept on file, upon receipt of the provided product.  In any event, payment is due upon receipt of invoice.  All accounts become past due after 30 days of invoice date and are subject to a late charge of 1.5% per month.  If Alaris Litigation - Springfield, IL deems it necessary to pursue legal action on any and all invoices, accumulated interest, any and all court costs and/or attorney's fees may be sought.  This contract is entered into and governed by the State of California, County of Los Angeles.