IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW WHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 19-cv-3181-SEM-TSH |
| JOSEPH FELCHNER, and ELLEN SWEENEY, | ) ) ) ) |
| Defendants. | ) |

## AFFIDAVIT

I, JOSEPH FELCHNER, being first duly sworn upon my oath, depose and state as follows:

1. I am over 21 years of age and competent to testify with regard to the facts of this matter.

2. Attached hereto is a true and accurate copy of my police report as well as the audio from the radio traffic with dispatch. All the facts stated therein are accurate.

3. On August 10, 2018, I was working as a police officer for the Village of Rochester, Illinois.

4. While on duty, I ran the license plate of a maroon-colored Mercury later identified to be driven by Andrew White.

5. The computer system in my squad car gave me information that indicated the vehicle was reported stolen.

6. I contacted Sangamon County Dispatcher who further confirmed that the vehicle was stolen.

1



EXHIBIT A

7. I then made contact with dispatch and had them contact the investigating officer, Ellen Sweeney of the Secretary of State Police. I was again advised that this vehicle was considered stolen with the registration and title revoked.

8. Based on the information available to me, I had probable cause to believe that an offense had been committed and I arrested White on charges including possession of a stolen vehicle, driving with a revoked registration, failure to surrender revoked registration and operating a vehicle.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JOSEPH FELCHNER

Subscribed and sworn to before me this 6th day of October, 2019.

_____
Notary Public

"OFFICIAL SEAL"
SUZANNE M. GLAUB
Notary Public - State of Illinois
My Commission Expires July 03, 2020

Police Information and Planning System

DETAIL INCIDENT REPORT

Report Date: 10/23/18
Program No: PIPSIN51

## INCIDENT INFORMATION

INCIDENT: 18-0001664
TICKET #: 196283
CASE STATUS: 03   Cleared by Arrest - Adult
OFFENSE: 2475   Motor Vehicle Anti-Theft Laws
REPORT STATUS:
ARRESTING OFFICER: 139   Joseph Felchner
2ND OFFICER:

DATE OCCURRED: 08/10/18
TIME OCCURRED: 15:20
DATE REPORTED: 08/10/18
TIME REPORTED: 15:20   REF#:

HOW REPORTED:   RECEIVED BY.   PHOTOS? N   VCR?: N

INCIDENT ADDRESS: Route 29 / Taft Lane
ROCHESTER  62563
GENERAL LOCATION:

LOCATION DESCRIPTION

BEAT AREA: 01-000
CITY/TOWNSHIP: 4940

## PERSONS ARRESTED INFORMATION

WHITE, ANDREW P.
DOB: [redacted]
SSN: N/A
DLN: W[redacted]
Phones: RES: N/A   BUS: N/A   CEL: N/A   FAX: N/A
Desc: Sex:MALE Race:Black Hgt:5'11" Wgt:205lbs Hair:Black Eyes:Brown

COUNTY:

*** ARRESTED:08/10/18   TIME:15:20   BOOKING #:   OFFICER:139 Joseph Felchner
CHARGE/COUNTS:2475/01 Motor Vehicle Anti-Theft Laws   DISPOSITION:87 Arrested-Held For Prosecution
COURT DATE:09/10/18 13:30 SENTENCE: -   FINE:   COST:   DISPOSITION:02 Acquitted or Dismissed

*** ARRESTED:08/10/18   TIME:15:20   BOOKING #:   OFFICER:139 Joseph Felchner
CHARGE/COUNTS:2460/01 Revoked, Cancelled Registration   DISPOSITION:87 Arrested-Held For Prosecution
COURT DATE:09/10/18 13:30 SENTENCE: -   FINE:   COST:   DISPOSITION:

*** ARRESTED:08/10/18   TIME:15:20   BOOKING #:   OFFICER:139 Joseph Felchner
CHARGE/COUNTS:9643/01 Warning Tickets/Equipment Violation   DISPOSITION:87 Arrested-Held For Prosecution
COURT DATE:09/10/18 13:30 SENTENCE: -   FINE:   COST:   DISPOSITION:

*** ARRESTED:08/10/18   TIME:15:20   BOOKING #:   OFFICER:139 Joseph Felchner
CHARGE/COUNTS:9643/01 Warning Tickets/Equipment Violation   DISPOSITION:87 Arrested-Held For Prosecution
COURT DATE:09/10/18 13:30 SENTENCE: -   FINE:   COST:   DISPOSITION:02 Acquitted or Dismissed

## OTHER PERSONS INVOLVED INFORMATION

LOFTON, CHRISTIE L.
DOB: [redacted]
SSN: N/A
DLN: N/A
Phones: RES: N/A   BUS: N/A   CEL: N/A   FAX: N/A
Desc: Sex:FEMALE Race:White Hgt:5'06" Wgt:258lbs Hair:Red Eyes:Hazel
Build:Large  Complexion:Fair

COUNTY: SANG

*** INVOLVEMENT: Adult Victim   OFFENSE: 2475 Motor Vehicle Anti-Theft Laws /

## PROPERTY INFORMATION

| REF | PROPERTY DESCRIPTION | QUANTITY | VALUE | RECOVERY DATE | REASON REPORTED | CONTROL # |
|---|---|---|---|---|---|---|
| 001 | 821  Auto | 1.000 | | | 5-Recovered (Property prev. stolen) | 180001664 |

Police Information and Planning System

DETAIL INCIDENT REPORT

Report Date: 10/23/18
Program No: PIPSIN51

## DETAIL PROPERTY INFORMATION

**** VEHICLE PROPERTY DETAIL ****

| REF | PROPERTY | STATE | LICENSE YEAR/MO | NUMBER | YEAR | MAKE | MODEL | BODY | COLOR | VIN |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 821 | IL | 2019 07 | AW86617 | 1995 | MERC | | 4D | RED/MAR | 2MELM75W3SX602613 |

MISCELLANEOUS: Driven home by owner

## VEHICLE USED INFORMATION

| VEH NUMBER | CASE RELATION | STATE | LICENSE YEAR/MO | NUMBER | YEAR | MAKE | MODEL | BODY | COLOR | DISPOSITION |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | AA | IL | 2019 07 | AW86617 | 1995 | MERC | | 4D | RED/MAR | |

MISCELLANEOUS ID/INFO. VIN:2MELM75W3SX602613

## OFFICER ACTIVITY INFORMATION

| ID | OFFICER NAME | DATE | | ACTIVITY DESCRIPTION | TIME IN/DISP | TIME ARRIVED | TIME OUT/CLRD | MAN HOURS |
|---|---|---|---|---|---|---|---|---|
| 139 | Joseph Felchner | 08/10/18 | 9476 | Investigations, Initial | 15:20 | N/A | 17:45 | 02:25 |
| | | | | TOTAL MANHOURS. | | | | 2:25 |

Police Information and Planning System

DETAIL INCIDENT REPORT

Report Date: 10/23/18
Program No: PIPSIN51

## MULTIPLE OFFENSES - INCIDENT INFORMATION

INCIDENT: 18-0001664
TICKET #: 196280
CASE STATUS: 03   Cleared by Arrest - Adult
OFFENSE: 2460   Revoked, Cancelled Registration
REPORT STATUS:
ARRESTING OFFICER: 139   Joseph Felchner
2ND OFFICER:

DATE OCCURRED: 08/10/18
TIME OCCURRED: 15:20
DATE REPORTED: 08/10/18
TIME REPORTED: 15:20
REF#:

HOW REPORTED:   RECEIVED BY:   PHOTOS?: N   VCR?: N

INCIDENT ADDRESS: Route 29 / Taft Lane
ROCHESTER   62563
GENERAL LOCATION:

LOCATION DESCRIPTION

BEAT AREA: 01-000
CITY/TOWNSHIP: 4940

## MULTIPLE OFFENSES - INCIDENT INFORMATION

INCIDENT: 18-0001664
TICKET #: 196282
CASE STATUS: 03   Cleared by Arrest - Adult
OFFENSE: 9643   Warning Tickets/Equipment Violation
REPORT STATUS:
ARRESTING OFFICER: 139   Joseph Felchner
2ND OFFICER:

DATE OCCURRED: 08/10/18
TIME OCCURRED: 15:20
DATE REPORTED: 08/10/18
TIME REPORTED: 15:20
REF#:

HOW REPORTED:   RECEIVED BY:   PHOTOS?: N   VCR?: N

INCIDENT ADDRESS: Route 29 / Taft Lane
ROCHESTER   62563
GENERAL LOCATION:

LOCATION DESCRIPTION

BEAT AREA: 01-000
CITY/TOWNSHIP: 4940

## MULTIPLE OFFENSES - INCIDENT INFORMATION

INCIDENT: 18-0001664
TICKET #: 196281
CASE STATUS: 03   Cleared by Arrest - Adult
OFFENSE: 9643   Warning Tickets/Equipment Violation
REPORT STATUS:
ARRESTING OFFICER: 139   Joseph Felchner
2ND OFFICER:

DATE OCCURRED: 08/10/18
TIME OCCURRED: 15:20
DATE REPORTED: 08/10/18
TIME REPORTED: 15:20
REF#:

HOW REPORTED:   RECEIVED BY:   PHOTOS?: N   VCR?: N

INCIDENT ADDRESS: Route 29 / Taft Lane
ROCHESTER   62563
GENERAL LOCATION:

LOCATION DESCRIPTION

BEAT AREA: 01-000
CITY/TOWNSHIP: 4940

OFFICER/DEPUTY _____   APPROVED BY _____

SIGNATURES _____ DATE _____   _____ DATE _____

On 08/10/2018 at approximately 1520 hours I, Officer Joseph Felchner, initiated a traffic stop on a vehicle reported stolen. The driver, Andrew P White (███████████) was arrested for operating a stolen vehicle and confined to the Sangamon County Jail.

The following narrative, not verbatim or in its entirety, is a summary of my investigations, observations, and actions.

On 08/10/2018 at approximately 1500 hours I was conducting stationary patrol at the intersection of Route 29 and Taft Lane. Using my in car computer, I ran the license plate of a maroon colored Mercury that was travelling South on Route 29. My computer displayed that the vehicle was reported stolen out of Springfield. I confirmed through Sangamon County Dispatch that the vehicle was stolen. Unfortunately I was unable to locate the vehicle, so I continued driving South and remained stationary at the 7500 Block of Route 29. I then called Dispatch who had contacted the Secretary of State Police Investigator Sweeney who reported it stolen. I was advised that the vehicle is stolen, with the registration and title revoked.

At approximately 1520 hours I observed the stolen vehicle travelling Southbound on Route 29. I initiated my emergency lights and stopped the vehicle at the intersection of Route 29 and Leach.

I approached the driver's side of the vehicle, and stood near the left rear wheel. I asked the driver, who I now know to be Andrew P White (███████████) to exit the vehicle and keep his hands up. He exited the vehicle and I placed him in handcuffs. I explained that the vehicle was stolen; and that the title and registration were both revoked. Mr. White stated he was concerned about his children in the vehicle who are both under the age of two. Upon confirming his identity, I removed the handcuffs. At this time, Deputies Miller and Wieland arrived on scene.

We were notified via dispatch that Investigator Sweeney made contact with the vehicle owner and would drive to the scene to retrieve her vehicle. She also confirmed that the vehicle is stolen, and stated that she has had multiple contacts with Mr. White regarding this issue. I then placed Mr. White back in handcuffs with him cuffed in the front. I checked them for fit but did not double lock them. The deputies maintained contact with Mr. White while I started writing the citations.

Dispatch was able to contact Mr. Whites father to take custody of the children. The vehicle was beginning to get warm, so the deputies removed the children from the stolen vehicle and placed one in each of their vehicles to keep them cool. Mr. Whites father arrived and took custody of the children. The children's names were A███ W███████████ and J███ W███████████. The owner of the vehicle, Christie L Lofton (███████████), arrived to drive her vehicle home. I removed the stolen plates from the vehicle.

I drove Mr. White to the Rochester Police Department to fill out the electronic Probable Cause form, and then transported him to the Sangamon County Jail. Mr. White received the following citations: 196283 625 ILCS 5/4-103 Possession of a stolen vehicle, 196280 625 ILCS 5/3-702 Driving with Revoked Registration, 196281 625 ILCS 5/ 3-706 Failure to Surrender Revoked Registration, and 196282 625 ILCS 5/3-101 Operating Vehicle with Revoked Title.

Supplemental Report: 08/15/18
Officer Joseph Felchner

After reviewing the radio transmissions from this arrest, I wanted to further articulate why the vehicle was stolen. Investigator Sweeny stated that Mr. White stole the title from Christie Lofton. She stated that he also illegally got new plates and a new title. Investigator Sweeney stated that she has had multiple conversations with Mr. White. She stated that he had the opportunity to come in to prove ownership but he did not do that. She states Christie Lofton came in and proved ownership of the vehicle.

# Sangamon County Sheriff's Office
## Field Booking and Probable Cause Statement

**Incident Report Number:** 18-1664
**NCIC Number:** IL0840900
**Arresting Agency:** ROCHESTER POLICE DEPT.

### Arrestee
- **Name (Last, First, Middle):** White, Andrew P
- **Address:** [redacted]
- **City:** [redacted]
- **State:** [redacted]
- **Social Security:** [redacted]
- **Drivers License:** W[redacted]
- **State:** IL
- **Home Phone:** [redacted]
- **Work Phone:**
- **Date of Birth:** [redacted]
- **Age:** 38
- **Sex:** MALE
- **Height:** 5 ft. 11 in.
- **Weight:** 205
- **Eye Color:** Brown
- **Hair Color:** Black
- **Race:** BLACK
- **Injury Type:** ☒ None
- **Transported By:**
- **Hospital:**

### Arrest
- **Arrest Date:** 08/10/18
- **Arrest Time:** 1520
- **Location of Arrest:** Route 29 and Leach, Rochester, IL
- **Arrest Type:** PC
- **Personal Property Taken as Evidence:** None
- **Arresting Officer:** J. FELCHNER — **ID Number:** SG 742
- **Assisting Officer:** NONE

### Charges Issued
1. **Ordinance/Statute:** 625 ILCS 5/4-103 — **Description:** Possession of Stolen Vehicle

### Statement of Probable Cause
I ran the license plate of a Red Mercury that drove by my squad car. The vehicle came back Stolen, I confirmed this via Sangamon County Dispatch. Initiated a traffic stop and placed the driver, Andrew P White ([redacted]) in custody. Confined to Sangamon County Jail.

### Judicial
- PC Founded ☐
- Not Founded ☐
- Signature of Judge:
- Bail Amount: $

**Printed Name of Arresting Officer:** J. FELCHNER
**ID Number:** SG 742
**Signature of Arresting Officer:** [signature]
**Date:** 08/10/18

Revised 10/30/18