

# OFFICIAL COMPLAINT

**ILLINOIS SECRETARY OF STATE POLICE**
110 E. Adams
Springfield, IL 62701
FAX: 217-785-0049

***Please include all known information and attach copies of all pertinent documentation.***

## Complaining Party Information

| Field | Value |
|---|---|
| Last Name | Lofton |
| First Name | Christie |
| Middle Initial | L |
| Date of Birth | 12-25-1979 |
| Address | 1307 South Pasfield |
| City | Springfield |
| State | IL |
| ZIP Code | 62704 |
| Driver's License/ID Card Number | [redacted]-9166 |
| Home Telephone Number | (217) 816-6260 |
| Relationship to Subject of Complaint | Ex-Boyfriend |

## Subject of Complaint

| Field | Value |
|---|---|
| Last Name | White |
| First Name | Andrew |
| Middle Initial | P |
| Date of Birth | 8-28-1979 |

## Vehicle Information (If Applicable)

| Field | Value |
|---|---|
| Year | 1995 |
| Make | Mercury |
| Model | Grand Marquis |
| Color | Red |
| Vehicle Identification Number | [redacted] |
| Registration | 02613 [redacted] |

Please provide a narrative of your complaint, including as much detailed information as possible. (Use reverse side if needed.)

Andrew P. White stole my car on 7-19-2018. I made phone call to Secretary of State and they said Andrew White filled out an application for the title. I didn't receive it by mail. Andrew P. White, may have taken it out of the mail box. When the application was filled out 7-13-2018.

I hereby affirm that the information I have provided herein is true and correct to the best of my knowledge and belief. I submit this complaint as part of my request that the Illinois Secretary of State Police conduct a criminal investigation based on these facts. I understand that I may be called upon to testify in criminal proceedings as a Complaining Witness.

Signature of Complainant: Christie Lofton
Date: 7-25-18
Full Name of Complainant (print): Christie Lynn Lofton

Return To: Illinois Secretary of State Police, _____

(For Office Use Only) Date Received: ___ Reviewed By: ___ ID Number: ___ Date: ___
Open Case? ☐ Yes ☐ No    Case Number: ___    Complainant Notified? ☐ Yes ☐ No

AOM-39 F1

Printed on recycled paper.
Printed by authority of the State of Illinois, June 2009 — 1 — SOS DOP 134.3