

## ILLINOIS SECRETARY OF STATE POLICE
### DISTRICT 3

**JESSE WHITE**
SECRETARY OF STATE

**PETE PIAZZA**
DIRECTOR

August 1, 2018

Christie Lofton
1307 S Pasfield
Springfield, IL 62704

Re:     Official Complaint
        1995 Mercury
        VIN: ██████████████2613

Dear Christie Lofton,

This office is in receipt of the official complaint form you submitted. I have reviewed the information provided and have taken the following action:

__X__         Case number **201808127** has been opened for investigation and is assigned to **Investigator Ellen Sweeney**. Any further information or questions regarding this case should be directed to the above investigator, and all correspondences should contain the listed case number.

_____        A case has NOT been opened due to the following:
              _____ There is not sufficient information available to support an investigation.
              _____ There is no evidence of a violation in this complaint.
              _____ This incident does not fall within the jurisdiction of the Secretary of State Police. Please refer to your local police department in regards to filing a complaint.

_____        This matter is civil in nature.

If I can be of any assistance to you in the future, do not hesitate to contact this office.

Sincerely,

*Sgt. Rick Beaty 086*
Sgt. Rick Beaty 086