```
FORMAT  PLH51A          ILLINOIS SECRETARY OF STATE POLICE              DATE  12/14/2018
USERID  PL@MMP                                                          TIME  14:53:00
PRINTER L149            NOTEBOOK FOR CASE NO.: 201808127                PAGE         5
```

8/1/18 Case assigned and emailed to Investigator, originals placed in Investigator office mailbox. Letter sent to complainant via USPS. vkm 788

SUBJECT: ANDREW P WHITE   DOB 08/28/1979   DLN/▇▇▇▇▇9245
COMPLAINANT: CHRISTIE L LOFTON
VEHICLE: 1995 MERCURY MARQUIS VIN/▇▇▇▇▇▇2613

SYNOPSIS: Lofton states she purchased a vehicle for her daughter to use for college. Lofton states she and White ended their relationship. Lofton stated White stole her title from the mailbox. Lofton also believes White had a spare key made and stole the car displaying her license plates.

INVESTIGATION: On 08/02/18, I, Inv. E. Sweeney, spoke with Lofton and requested additional paperwork to show sole ownership of the vehicle. Lofton stated she has also filed a complaint at the Sangamon Co States Attorney's office with ASA Sherry Carey (case #18CF821).

Lofton presented me the receipt from the individual who sold Lofton the vehicle. Lofton purchased the vehicle for her daughter to drive to college. Lofton supplied me with a copy of Springfield Police report 2018-00068622 for the stolen vehicle. Springfield Police did not enter the vehicle into Leads.

Lofton submitted her title application on 06/05/2018 the same day she purchased the vehicle. The title application was solely in Lorton's name.

White submitted his title application on 07/10/2018.

I pulled both Lorton's title applications and title that contains her signature as well as the title White submitted containing Lorton's name in cursive. Lorton's signature on White's title does not match any of her signatures on the other documents. My 16 years 8 months of looking at signatures on titles tells me Lorton did not sign her name to the title White submitted to transfer into his name.

I revoked Lorton's license plates (AW▇▇▇) in SOS records.

On 08/03/18, I went to the Chatham address looking for White. I spoke with Mrs. White, Andrew's mother. Mrs. White stated Andrew did not reside at her house nor were his belongings kept at her house. I left my card with her and asked her to pass the card onto Andrew. About 10 minutes later I was contacted by phone by Andrew. Andrew stated he was working at JBS in Beardstown and curious why I was looking for him. I told him it was regarding the Mercury. White told me he owned the Mercury. I told him there was a discrepancy in ownership and I would need to see his ownership documents. He stated he had a title and plates and that was all he needed. I told him no he needed to show me documents that he purchased the vehicle and from whom he purchased the vehicle from. He disagreed. I asked him to

```
FORMAT  PLH51A         ILLINOIS SECRETARY OF STATE POLICE        DATE 12/14/2018
USERID  PL@MMP                                                   TIME  14:53:00
PRINTER L149            NOTEBOOK FOR CASE NO.: 201808127         PAGE         6
```

meet with me to discuss the situation. He told me he could meet me Saturday August 4th at Chatham Police at 10am. I told him I would meet him.

I received a second phone call from Andrew about an hour later and he told me he knew he had a warrant and would not be meeting me. I told him at that time if he refused to meet with me I had no choice but to enter the vehicle stolen. He told me do what you gotta do.

I had SOS PIU enter the vehicle as stolen in Leads. Leads #.

I ran White in Leads and saw the warrant Sangamon County State's Attorney's office issued for theft.

I called Cass County Sheriff's office to see if a Deputy or Beardstown Police Officer could check the JBS lot for the vehicle. Beardstown PD checked the employee lots and could not locate the vehicle. The officer checked with JBS personnel and White had been fired and had not been in the building since July 27, 2018.

I had both White's title (which had not been issued to him by SOS) and his license plates revoked in SOS records.

On 08/06/18, I received a call from White. He advised me he had contacts at the State's Attorneys office and got the warrant quashed. I told him then he was free to meet with me and provide ownership documents for the Mercury. He told me he had the title and that was all he needed. (SOS never issued him a title). I told him no he was wrong. I told him he had lied to me about working at JBS. He told me I was up in his business and didn't like that. I again instructed him to meet with me so the vehicle would not be considered stolen. He started yelling and using profanity so I told him I was done speaking with him and ended the call.

On the morning of 08/10/18, Lorton called for an update on the case. I told her the vehicle was entered as a stolen vehicle and White has refused to provide ownership documents to me.

At approximately 3:30 p.m. on 08/10/18, I heard Rochester Police SG742 run White's license plate through Sangamon County dispatch. Sangamon County Dispatch advised SG742 the vehicle was stolen. SG742 lost sight of the vehicle and a Sangamon County Deputy spotted the vehicle. SG742 and the Deputy observed the vehicle. SG742 made a traffic stop on Rt 29 at Leach Road. A male black and two children were in the vehicle. The driver was identified as Andrew P. White 08/28/1979. White was arrested by Rochester Police for possession of a stolen vehicle and other driving violations. White was transported to the Sangamon county jail. (See Rochester's Police report.)

Sangamon County Dispatch J. Stone called my cell and relayed that SG742 stopped the stolen Mercury. I spoke directly to SG742 on County Channel 4

```
FORMAT   PLH51A          ILLINOIS SECRETARY OF STATE POLICE          DATE 12/14/2018
USERID   PL@MMP                                                      TIME  14:53:00
PRINTER  L149             NOTEBOOK FOR CASE NO.: 201808127           PAGE         7
```

and told SG742 that White was aware the Mercury was stolen because White and I had spoken a few times prior to the traffic stop. SG742 asked me to repeat that on Ch4 so White could hear my statement. I repeated my statement for White's benefit.

I contacted Lorton and advised her she was to pick up her vehicle on SG742's traffic stop at Rt. 29 and Leach Road. Lorton stated she would be enroute from her home.

I asked SG742 to remove White's registration plates (AW█████) from the Mercury because the plates were revoked. SG742 complied. I picked up the license plates at Rochester Police Dept.

I was contacted by Rochester Corporal S. Patterson on 08/13/18 regarding the traffic stop of SG742. Patterson stated he had been contacted by ASA Cullen Manning regarding insufficient evidence to charge White with possession of a stolen vehicle. Patterson asked me to call Manning.

I spoke with ASA Manning and he told me that Rochester's report did not include the information that I had spoken to White on more than one occasion about the Mercury being a stolen vehicle. I told Manning I said it on the county recorded phone line to Dispatch as well as on CH4 to SG742 for White's benefit. Manning stated he didn't think he had enough probable cause to charge White but would be open to a future charge with additional documentation. I told Manning I would be forwarding my report to the SA's office with additional charges. Manning said he would review it.

I requested a certified copy of the title application and title that White submitted to SOS for transfer of title.

On 08/14/18, I emailed Sangamon County employee K. Lee, who writes up the warrants inquiring who quashed the Theft warrant and why. Lee didn't say why it was quashed but stated White has a first appearance on August 23rd at 11:00 a.m. Lee said ASA Brian Shaw made the decision to release White from jail with no charges from Rochester Police. Lee stated she knew Shaw spoke with Springfield Police Detective Jason Sloman regarding White.

On 08/15/18, I called SPD Detective Jason Sloman. Sloman stated Andrew White had been a confidential informant (CI) in the past for Sloman but still calls him when he needs money or assistance. Sloman stated White had called him to see what was going on with the complaint Lorton filed with SPD. Sloman told him there was an arrest warrant for him. White told Sloman I was wanting to meet with White. Sloman stated he told White not to meet with me because I would arrest him.

Sloman stated he spoke with ASA Carey and ASA Brian Shaw to get the theft warrant quashed. Sloman stated White called his cell 20 times on Monday the 13th that Sloman had to block his number. Sloman stated White was calling from the jail.

```
FORMAT  PLH51A        ILLINOIS SECRETARY OF STATE POLICE        DATE 12/14/2018
USERID  PL@MMP                                                  TIME  14:53:00
PRINTER L149          NOTEBOOK FOR CASE NO.: 201808127          PAGE         8
```

Sloman stated he spoke to ASA Shaw regarding the stolen vehicle charges on White. Sloman stated White has gotten a raw deal at times in the past and this was a boyfriend/girlfriend situation. Sloman stated Shaw chose to release White with no charges. White was released from the jail on 08/13/18. Sloman told me that as long as Sloman provided a good address to the State's Attorneys office for White then the warrant would be quashed. Sloman provided the 812 Deerfield, Chatham address which is White's mother's address. I informed Sloman I had been to the White residence and White's mother told me that White does not live there nor are his personal belongings at the house. I told Sloman I do not believe he gave a good address for White. I asked Sloman if he thought White would show up for court on 8/23/18 and Sloman hesitated in his answer, couldn't really assure me that White would appear.

I told Sloman if he knew I(SOS Police) was involved he should not have gotten himself involved if White is no longer an active CI even if the warrant stemmed from SPD's initial report of motor vehicle theft.

Sloman stated he told White to appear in court and bring the documents to prove he did not forge Lorton's signature and was the lawful owner of the vehicle. Sloman stated he told White if White was wrong then he would need to make it right.

I asked Sloman if he was going to get involved any further with the SOS investigation. Sloman stated he would not get involved.

On 08/20/18, I mailed by USPS the revocation of White's license plates to White.

On 08/27/18, White had a first appearance at Sangamon County Court for possession of the stolen vehicle. His case has been continued to 09/27/18.

On 09/11/18 ASA Manning contacted me regarding the status of my report. I told him I would have it to him by the end of the week.

I am asking Sangamon County State's Attorneys office to file the following charge against Andrew White:

625 ILCS 4-104(a)(1) Unlawful possession of title documents, registration card, license plate, registration sticker or temporary registration permit, whether blank or otherwise. (Class 4 Felony)  **White was in possession of Lorton's registration when he unlawfully took the vehicle. White was in possession of Lorton's title when he submitted to SOS to transfer ownership to his name.

625 ILCS 4-105(a)(1) Unlawful altering, forging or counterfeiting of any title documents or evidence of registration. (Class 2 Felony). White had Lorton's name forged on IL title 18162701928 for the purpose of

```
FORMAT  PLH51A        ILLINOIS SECRETARY OF STATE POLICE       DATE 12/14/2018
USERID  PL@MMP                                                 TIME   14:53:00
PRINTER L149          NOTEBOOK FOR CASE NO.: 201808127         PAGE          9
```

transferring ownership to himself.

I submitted my report to ASA Manning on 09/14/18. The clerk entered the case into the State's Attorneys computer system.

On 09/24/18 I left a voicemail for Manning to get an update on his review of my report.

According to Sangamon County Records a jury trial is set for November 5, 2018 at 1:30 p.m.

On 11/05/18, ASA Marybeth Rodgers called asking if I had a report available. I advised her I had walked it into the ASA's office on 09/14/18 but I would gladly email her a report.

On 11/05/18, I emailed Rodgers a copy of this report.

Judge Cadigan dismissed the charges on 11/14/2018.

Attachments:
SOS Official complaint
SOS identifiers of Lorton and White
Receipt for vehicle issued to Lorton
Title history including Lortons and Whites signatures
Revocation Request for Lorton's registration
Lorton's insurance card
Image of the vehicle
Title and/or Registration Revocation Request
SOS Revocation order for White's registration AW86617
Emails regarding recovery of vehicle
Springfield Police Report 2018-00068622 and supplemental
Copy of IL title ▓▓▓▓▓9001 re-issued to Lorton
Copy of IL registration AW▓▓▓▓▓


End of report

E Sweeney 098
12/07/18

Case reviewed and closed as "D". Sgt. R. Beaty, #086, 12/11/18.

12/14/2018 Reporting investigator submitted report to State's Attorneys office. A copy of this case is being sent to:

Error/Fraud Division
Attn: Jack Sutphin
501 S. 2nd Street, Room 014
Springfield, IL 62756

```
FORMAT  PLH51A         ILLINOIS SECRETARY OF STATE POLICE         DATE 12/14/2018
USERID  PL@MMP                                                    TIME  14:53:00
PRINTER L149             NOTEBOOK FOR CASE NO.: 201808127         PAGE        10
```

Case scanned and originals maintained at Records.
Records Division
421 E. Capitol, Suite 300
Springfield, IL 62701

mmp 0654