E-FILED
Thursday, 25 February, 2021  05:13:43 PM
Clerk, U.S. District Court, ILCD



**SECRETARY OF STATE**
# POLICE
110 E. Adams
Springfield, IL 62701

# TITLE AND/OR REGISTRATION REVOCATION REQUEST

Case #: __2018-08127__

Date: __08/02/2018__

| | | |
|---|---|---|
| Reason for Revocation: | ☐ Inappropriate/Offensive Registration | ☐ Other |
| Type of Revocation: | ☑ Soft Stop   ☑ Hard Stop | |
| Items to be Revoked: | ☐ Title Only   ☐ Registration Only | ☑ Title and Registration |

**Reason for Revocation:**

ILCS 625 Section: __4-104(a)1__      (Narrative): Unlawful possession of title documents,

registration card, license plate, sticker or temporary registration permit whether blank or otherwise.

White stole the title issued to Christie Lofton out of Lofton's mailbox.  White stole

the vehicle and registration plates that were issued solely to Christie Lofton. Springfield

Police report for the theft 2018-00068622. White then applied for title and registration in his name.

## VEHICLE INFORMATION:

| 1995 | Mercury | Marquis |
|---|---|---|
| Make: | Model: | Year: |
| ████9591 | AW████ | ████2613 |
| VIN: | Reg Number/Year: | Title Number: |

Order of Revocation Letter Requested:   ☑ Yes    ☑ No

If Yes, Return To:   **Andrew White**

**812 Deerfield Drive**

**Chatham IL 62629**

Signature                                   ID Number  ~~898~~

Supervisor Signature                        ID Number  86

| Title Revocation: | Illinois Secretary of State<br>Error Fraud Detection Division<br>501 S. Second St., Rm 014<br>Springfield, IL 62756<br>Fax 217-524-1915 | Registration Revocation: | Illinois Secretary of State<br>Vehicle Services Department<br>Special Plates Administrative Office<br>501 S. Second St., Rm 520<br>Springfield, IL 62756<br>Fax 217-524-0290 |
|---|---|---|---|