E-FILED
Thursday, 25 February, 2021  05:13:43 PM
Clerk, U.S. District Court, ILCD



# Secretary of State
## VEHICLE LICENSE PLATES
## REVOCATION REQUEST

**This space for use by Secretary of State**

**Secretary of State**
**Vehicle Services Department**
**Special Plates Division**
501 S. Second St., Rm. 520
Springfield, IL  62756
Fax (217) 785-1038
www.cyberdriveillinois.com

SOS Police Case #
201808127

### Please print or type

| License Plate Number | Vehicle Identification Number | Vehicle Make | Vehicle Year |
|---|---|---|---|
| A W ▆▆▆ | ▆▆▆▆▆ | Mercury 2613 | 1995 |

| Last Name | First Name | Middle Initial |
|---|---|---|
| Lofton | Christie | L |

| Last Name | First Name | Middle Initial |
|---|---|---|
|  |  |  |

| Address | City | State | ZIP Code |
|---|---|---|---|
| 1307 S Pasfield St | Springfield | IL | 62704 |

| Phone Number(s) | Driver's License Number(s) |
|---|---|
|  | L135 1127 9966 |

### Reason for License Plate Revocation (check one):

☐ Vehicle sold with license plates attached

☐ License plates lost/missing/destroyed

☐ Registered owner deceased (copy of death certificate required)

☐ Divorce (single owner only, copy of divorce decree required)

☒ License plates stolen (copy of police report required)

☐ Registered owner moved out of state

☐ Vehicle towed/junked with license plates

☐ Vehicle donated to charity with license plates

☐ Non-possession of license plates

☐ Vehicle repossessed with license plates

Each request must include the correct owner(s) and vehicle information, reason for revocation and signature(s) of the registered/titled owner(s). Failure to include this information will prevent the request from being processed. A leased vehicle record must include the lessor's signature. Revocation of the license plate does not remove your name from that particular vehicle record.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief as to such matters the undersigned certifies as foresaid that he verily believes the same to be true. (735 ILCS 5/1-109)

| _Christie Lofton_ | _8-2-18_ |
|---|---|
| Registered Owner's Signature | Date |

| _____ | _____ |
|---|---|
| Registered Owner's Signature | Date |

Printed by authority of the State of Illinois. September 2012 – 1 – VSD-651