3:19-cv-03181-SEM-TSH   # 44-7   Filed: 02/25/21   Page 1 of 67

ANDREW WHITE  12/15/2020

E-FILED
Thursday, 25 February, 2021  05:13:43 PM
Clerk, U.S. District Court, ILCD
Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE CENTRAL DISTRICT OF ILLINOIS
 2

 3    ANDREW WHITE,                 )
                                    )
 4                 Plaintiff,       )
                                    )
 5    V.                            )
                                    ) Case No. 3:19-cv-03181-SEM-TSH
 6                                  )
      JOSEPH FELCHNER and           )
 7    ELLEN SWEENEY,                )
                                    )
 8                 Defendants.      )

 9

10

                  DISCOVERY DEPOSITION OF ANDREW WHITE
11                  Taken on behalf of Defendants

12
                       The deposition of ANDREW WHITE, a
13    witness called at the instance of the Defendants,
      for purposes of DISCOVERY taken on December 15,
14    2020, at 10:30 a.m., at the Office of the
      Attorney General, 3000 Montvale Drive, in the
15    City of Springfield, State of Illinois, before
      Erikia Schuster, Illinois Certified Shorthand
16    Reporter No. 084-004660, pursuant to notice.

17

18

19

20

21

22

23

24

25
```

ANDREW WHITE  12/15/2020

1            I N D E X   O F   E X A M I N A T I O N

2

3                                                    Page
   Questions by Ms. Fruth...................... 4, 52
4  Questions by Mr. Pierce.................... 41

5

6             I N D E X   O F   E X H I B I T S

7  Number              Description              Page

8
   1                Mr. White's Documents         50
9

10  (Original exhibit attached to original transcript.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ANDREW WHITE  12/15/2020

Page 3

```
 1                    A P P E A R A N C E S

 2

 3          MS. SHANNON FRUTH
            Assistant Attorney General
 4          500 South Second Street
            Springfield, IL  62701
 5          (217) 782-9014
            Sfruth@atg.state.il.us
 6
                On Behalf of the Defendant
 7              Sweeney.

 8

            MR. CHARLES A. PIERCE
 9          Pierce Law Firm, PC
            3 Executive Woods Court, Suite 200
10          Belleville, IL  62226
            Cpierce@piercelawpc.com
11
                On Behalf of the Defendant
12              Felchner.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

ANDREW WHITE  12/15/2020

```
1         IT IS HEREBY STIPULATED AND AGREED, that the
2    deposition of ANDREW WHITE may be taken in shorthand
3    by Erikia Schuster, a Certified Shorthand Reporter,
4    and afterwards transcribed into typewriting.
5
6                        * * * * *
7                        ANDREW WHITE,
8    of lawful age, being produced, sworn and examined on
9    behalf of the Plaintiff deposes and says:
10                     DIRECT EXAMINATION
11   BY MS. FRUTH:
12        Q.    Can you please state your name for
13   the record and spell it for the court reporter?
14        A.    Andrew White, Andrew, A-n-d-r-e-w,
15   White, W-h-i-t-e.
16        Q.    Mr. White, my name is Shannon Fruth,
17   and I am an attorney representing Ellen Sweeney
18   in this matter.  You are here today because we
19   requested your deposition in connection with a
20   civil lawsuit you filed.  My colleague here,
21   Chuck Pierce, represents Joseph Felchner, and he
22   may have some questions for you as well.
23             The purpose of this deposition is for
24   us to find out what personal knowledge you have
25   about the aspects of this case.  Have you ever
```

ANDREW WHITE  12/15/2020

 1   been deposed before?

 2        A.   No.

 3        Q.   I would like to just go over some

 4   basic ground rules that will help make the

 5   process go smoothly.  The purpose of this

 6   deposition is for you to provide truthful answers

 7   to the questions I ask.  All though the setting

 8   today is informal, I remind you that you are

 9   under oath and your testimony has the same force

10   and effect as if you were testifying in court.

11   Do you understand that?

12        A.   Yes.

13        Q.   The court reporter is taking down all

14   of my questions and your answers.  The court

15   reporter will prepare a transcript of what is

16   said here, a copy of which will be available to

17   you.  Do you understand that?

18        A.   Yes.

19        Q.   You must answer all of your questions

20   verbally, yes or no, not uh-uh or huh-uh.  The

21   court reporter also cannot take down nods, shrugs

22   or hand gestures or any other nonverbal

23   responses, okay?

24        A.   Okay.

25        Q.   The court reporter can only take down

ANDREW WHITE  12/15/2020

```
 1    what one person is saying at a time.  Please wait
 2    until I finish my question before you begin
 3    answering.  I, in turn, will wait for you to
 4    complete your answer before asking my next
 5    question, okay?
 6         A.   Okay.
 7         Q.   If you do not understand a question
 8    that I ask, please ask me to repeat or rephrase
 9    the question.  I will do my best to make my
10    questions understandable, okay?
11         A.   Okay.
12         Q.   If during the deposition you recall
13    information that you did not provide in response
14    to an earlier question or recognize that you may
15    not have given a full or accurate answer, just
16    say so.  This way we can be sure that the record
17    is complete, okay?
18         A.   Yes.
19         Q.   I will give you the opportunity to
20    take a break from time to time.  So just let me
21    know if you need to take a minute or a few
22    minutes to take a break, but you must answer the
23    question that is pending before you before we can
24    take a break, okay?
25         A.   Okay.
```

ANDREW WHITE 12/15/2020

```
 1        Q.    Okay.  Do you have any questions
 2   concerning these instructions or about the
 3   deposition itself?
 4        A.    No, not at this time.
 5        Q.    Thank you.  Did you meet or talk with
 6   anyone about your deposition here today?
 7        A.    No.
 8        Q.    And did you review any documents or
 9   do anything else to prepare?
10        A.    Yes, I did.
11        Q.    Okay.  Let's just start.  If you can
12   explain your relationship with Christine Loftin,
13   please?
14        A.    Crystal Loftin was my ex.  We dated
15   for a year and a half.  Prior to that, we have
16   been knowing each other for at least, what,
17   15 years and that was pretty much -- we pretty
18   much know each other.
19        Q.    When did your romantic relationship
20   end?
21        A.    It ended probably in I want to say
22   the end of '18.
23        Q.    So the end of 2018?
24        A.    Yes.
25        Q.    So that would be around November or
```

1    December of 2018?

2         A.   No.  It's -- it was between June, the

3    latest.

4         Q.   Okay.  So the end of the relationship

5    was June of 2018?

6         A.   Yes.

7         Q.   And were you living with Ms. Loftin?

8         A.   Yes, we were staying together.

9         Q.   Did you move out at the end of your

10   relationship or when did you move out of her

11   home?

12        A.   Well, I can't recall it.  It was

13   between June and July of '18.  That's when she

14   became violent around my kids.  That's the reason

15   why I left.

16        Q.   You said you left the relationship

17   because she was becoming violent?

18        A.   Yes, around my kids.  So I had no

19   other choice but to leave.

20        Q.   And you had young children at the

21   time?

22        A.   Yes.

23        Q.   Did you feel that she was a danger to

24   your children?

25        A.   Yes.

ANDREW WHITE  12/15/2020

Page 9

```
 1          Q.    When did Ms. Loftin purchase the 1995
 2   Mercury Marquis?
 3          A.    I don't remember.  I don't.
 4          Q.    Was it before your relationship
 5   ended?
 6          A.    Yes.
 7          Q.    So it would have been before June of
 8   2018?
 9          A.    Yes, ma'am.
10          Q.    Do you know who Ms. Loftin purchased
11   the vehicle from?
12          A.    Yeah.  It was a guy in Chatham,
13   Illinois.
14          Q.    So it was not from a dealership?
15          A.    No.
16          Q.    But rather from an individual who was
17   selling the vehicle?
18          A.    Correct.
19          Q.    Do you know why she purchased the
20   vehicle?
21          A.    The vehicle was purchased original
22   because she had the other, which is the Dodge,
23   that was the family car and the Grand Marquis, we
24   had discussed the matter with that because I was
25   going back and forth to my job in various towns
```

ANDREW WHITE  12/15/2020

```
 1    in the Grand Marquis.  So it was actually -- it
 2    was actually agreeing on me getting the car,
 3    which we did, and she ended up switching it over
 4    into my name, you know, and that's the reason why
 5    it was purchased.  I gave her a thousand dollars.
 6    She paid 1,500 for it.  I gave her the $1,000
 7    that I would take for the car because I was
 8    servicing it and all of that.
 9          Q.   Did Ms. Loftin say anything regarding
10    the vehicle being used by her daughter?
11          A.   No.  Denyia (phonetic) never drove
12    that car.  She was driving the other car, the
13    family car.
14          Q.   So at that time she was driving the
15    family vehicle?
16          A.   Yes, both of them were.  I was the
17    only one driving the Grand Marquis.
18          Q.   Okay.  So you just said now that Ms.
19    Loftin's daughter was using the family vehicle,
20    the Dodge?
21          A.   Correct.
22          Q.   Was Ms. Loftin's daughter getting
23    ready to leave for college at that time?
24          A.   No.  She was going to college, to
25    Lincoln Land.
```

ANDREW WHITE  12/15/2020

```
 1          Q.   So was there a vehicle that she could
 2    use to get around for school?  Would that have
 3    been the Dodge or would that have been some other
 4    vehicle?
 5          A.   That was the Dodge.
 6          Q.   To get around school, she would use
 7    the family car and not the Grand Marquis?
 8          A.   I've never seen Denyia drive the
 9    Grand Marquis.
10          Q.   Okay.  Do you know approximately when
11    Ms. Loftin would have submitted an application
12    for title for the Grand Marquis?
13          A.   No, I don't.  I don't even remember.
14          Q.   And I believe you said earlier that
15    you don't recall when she purchased the Marquis?
16          A.   Correct.
17          Q.   Would it have been in 2018, though?
18          A.   Yeah, it was in 2018.
19          Q.   Okay.  When Ms. Loftin initially
20    purchased the vehicle, was your name on the
21    title?
22          A.   No, it wasn't.
23          Q.   So initially, it was Ms. Loftin's
24    name that was only on the title when she
25    purchased the vehicle?
```

ANDREW WHITE  12/15/2020

```
 1          A.    Correct.
 2          Q.    And how did you come to acquire the
 3     grand Marquis?
 4          A.    Well, she agreed to putting it in my
 5     name because it wasn't none of them driving this
 6     Grand Marquis but me.  She just bought the car at
 7     first and then I ended up just giving her the
 8     thousand dollars because I started working, and I
 9     don't -- you guys don't ever drive the car.  I'm
10     driving the car back and forth.  That was my
11     transportation back and forth, and she agreed,
12     so --
13          Q.    Yes.  Did you get a receipt when you
14     gave her the thousand dollars to purchase the
15     vehicle?
16          A.    No, I never got the receipt.  I
17     wasn't thinking about a receipt.  We were in a
18     relationship, and I didn't even think about a
19     receipt.
20          Q.    So you just gave her a thousand
21     dollars --
22          A.    Yes.
23          Q.    -- because the car was in her name?
24          A.    Correct.
25          Q.    And you wanted to continue to use the
```

ANDREW WHITE  12/15/2020

1   **vehicle?**

2         A.   Right.  She agreed.  I mean, I didn't

3   see no big of a deal because, I mean, the car was

4   switched in my name.  She agreed to it and all

5   this stuff extra stuff she come up with, I didn't

6   have no slightest idea what she done.  All I know

7   is some stuff took place and I had to remove

8   myself from the house because of the kids.

9         **Q.   So at the time --- I'm sorry.**

10  **Scratch that.  When did you give her the thousand**

11  **dollars for the vehicle about?**

12        A.   It was before father's day.  And at

13  that time, I did not switch the title until I

14  believe the 10th of July because I hadn't gotten

15  my first check yet.

16        **Q.   Okay.  So then the title was switched**

17  **to your name around the 10th of July?**

18        A.   Correct.

19        **Q.   Even though you had given the money**

20  **for the vehicle earlier than that date?**

21        A.   It was around the 10th.  I believe --

22  was it the 10th?  It was around the 10th and then

23  the 13th I had went and switched it over.  It was

24  the Friday or something that I got paid.

25        **Q.   Okay.  So you gave Ms. Loftin the**

ANDREW WHITE 12/15/2020

```
 1   thousand dollars around the 10th of July?

 2        A.   Correct.

 3        Q.   And then did you complete the

 4   application for the vehicle around the 13th of

 5   July?

 6        A.   It was the 13th.

 7        Q.   Okay.  So that would have been the

 8   title for the vehicle that you applied to get?

 9        A.   Correct.

10        Q.   Because at that time the title was

11   only in Ms. Loftin's name?

12        A.   Correct.

13        Q.   Before July 10th, which was around

14   the time that you gave Ms. Loftin the thousand

15   dollars for the vehicle, did you only have keys

16   to that vehicle or did other household members

17   have keys to the vehicle?

18        A.   I had the keys to the vehicle.  I'm

19   the only one that had the keys to the vehicle.

20        Q.   Were there more -- was there more

21   than one key or there was just only one key for

22   the vehicle?

23        A.   One key that I know of, yeah.

24        Q.   Okay.  And at that time even before

25   July 10th or July 13th, the date you registered
```

ANDREW WHITE  12/15/2020

1    **the title for the vehicle, you were the only**

2    **person that had the key to the vehicle?**

3            A.    Correct.

4            **Q.    Okay.  Do you know why Ms. Loftin**

5    **wanted to give you the vehicle or you purchased**

6    **the vehicle, but --**

7            A.    I mean, they wasn't driving the car.

8    I was the only one driving it.  It was pretty

9    much a back and forth to work thing with the car.

10   I never drove the Dodge, but, what, a few times

11   and she said, well, we don't drive the Grand

12   Marquis.  You can just start driving the car back

13   and forth because I just started my job out there

14   and I didn't have no transportation at the time.

15   It was when my vehicle was broke down and so it

16   was just, man, you can just get the Grand

17   Marquis.  She was going to give it to me.  I

18   said, no, I'll give you a thousand bucks for it

19   instead because I was looking at the car.  I had

20   kids, too.  They had to get back and forth from

21   appointments to appointments and stuff like that,

22   and I was looking at it from that angle, and she

23   agreed.

24           **Q.    Do you know how long Ms. Loftin had**

25   **title of the vehicle before this transaction**

ANDREW WHITE  12/15/2020

```
 1   occurred?
 2          A.   Not --
 3          Q.   Would it have been less than six
 4   months?
 5          A.   Pretty much.  I don't remember.
 6          Q.   If I told you that Ms. Loftin
 7   purchased the vehicle on June 5th, does that
 8   sound -- June 5th, 2018, does that sound -- does
 9   that sound accurate with your recalling of the
10   timeline of events?
11          A.   Probably.  I really don't remember.
12          Q.   All you know is that you gave Ms.
13   Loftin the thousand dollars around July 10th?
14          A.   Correct.
15          Q.   So she possibly would have had the
16   vehicle for -- or title to the vehicle for less
17   than a month before you gave her the thousand
18   dollars for the vehicle?
19          A.   Correct.
20          Q.   Do you remember calling the police on
21   July 19th regarding removal of the property?
22          A.   Yes.
23          Q.   Can you explain what happened that
24   day?
25          A.   Well, at the time we were outside
```

ANDREW WHITE  12/15/2020

1    arguing and the whole thing was Christy got to

2    arguing about me not staying there at certain

3    times and stuff like that, and she picked to

4    arguing in front of the kids and started slamming

5    stuff and throwing things.  And I ended up

6    saying, well, me and the kids are fixing to leave

7    for a couple of days.  It wasn't no move out

8    thing at the time.  We are going to leave for a

9    couple of days, go out to moms until you calm

10   down.

11              So what made me call the police is

12   she threatened -- she said, well, you can't leave

13   with the car, you know.  You leave with the car,

14   I'm calling the police.  I said, well, the car is

15   in my name.  You know what I'm saying?  The car

16   is in my name.  Why not?  She said no, no, trying

17   to say -- what did she say?  She was going to

18   stab the tires, bust the windows and she was

19   doing this all in front of the kids, and I had

20   called the police and told them what was going

21   on, I needed them to stand by while I get my

22   property.  And they asked, they said, well, are

23   you in the vehicle?  I said yes, I described my

24   vehicle and I told them my dad was on the way

25   with a U-Haul.

ANDREW WHITE  12/15/2020

1    **Q.    And then did the police arrive on the**
2    **scene?**

3        A.    Yes, they did.

4    **Q.    Can you explain what happened when**
5    **the police arrived?**

6        A.    They stood by and waited until I got
7    my car free and stuff like that.  I loaded up in
8    the U-Haul, left in the U-Haul.  I told Tracey I
9    would be back to get the car later on.  She said
10   she was going to work.  Okay.  And we ended up
11   staying out at my dad's house for a while, had
12   dinner and stuff like that, and I come back later
13   that night and got the car, the same night.

14   **Q.    So after the altercation, this**
15   **occurred at Ms. Loftin's home, correct?**

16       A.    Yes.

17   **Q.    You went to go pick up the car you**
18   **said?**

19       A.    While she was at work, yes.

20   **Q.    When she was at work.  Did Ms. Loftin**
21   **sign the transfer of title application when you**
22   **submitted it on July 13th, around there?**

23       A.    She was the one that gave me the
24   title, yes.

25   **Q.    And did you live with Ms. Loftin up**

ANDREW WHITE  12/15/2020

 1    until July 19th, 2018?

 2         A.   Correct.

 3         Q.   And then it was that day that you

 4    moved out of the residence?

 5         A.   Was it the 19th that I moved out?  I

 6    don't remember what exact date I moved out.  As

 7    far as initially broken up with Christy, it

 8    wasn't straight up.  I just moved out.  We were

 9    still talking and stuff like that.  Initially

10    just break up, I think like about a month or so

11    after the fact that all of this happened, we had

12    broken up.  I just said --

13         Q.   So it was just a fight really on

14    July 19th --

15         A.   Yeah, right.

16         Q.   -- that led to an altercation where

17    the police were called?

18         A.   Correct.

19         Q.   Had you had any contact with the

20    police regarding this relationship before

21    July 19th, 2018?

22         A.   No, because I didn't want -- I mean,

23    she had a good job.  You know, I didn't want to

24    mess her job up that she's been having for

25    sometime, and I was on the verge of trying to

ANDREW WHITE  12/15/2020

```
 1    keep my job at the same time.  And when the kids
 2    got involved -- at the same time, I had custody
 3    of both -- still do -- have custody of both of my
 4    kids so I didn't want to put that in jeopardy
 5    because I really didn't have nowhere to go as far
 6    as going somewhere stable with my kids other than
 7    with my mom and my dad so I didn't want to get
 8    anybody in trouble.  I just told her, look, just
 9    calm down and, you know, act right.  We'll come
10    back, you know.  I just can't have that in front
11    of the kids.  It scared the kids.
12         Q.    Were those children Ms. Loftin's
13    children?
14         A.    No.
15         Q.    But they were -- how old were those
16    two children?
17         A.    At the time, my daughter was like --
18    I want to say four or five months.  My son was --
19    I don't know.  He was older.  I think -- I want
20    to say he was like 18 months, I think, 18,
21    19 months.
22         Q.    Is Azonia (phonetic) Ms. Loftin's
23    daughter?
24         A.    That's her daughter.
25         Q.    And do you remember where she was
```

ANDREW WHITE  12/15/2020

1  **when the police arrived that day?**

2      A.   When I called the police?

3      **Q.   Yes.**

4      A.   She was downstairs with us.  We were

5  all down there in the basement.

6      **Q.   Do you know at what point it was**

7  **reported to the police that the car was taken,**

8  **the Grand Marquis?**

9      A.   No, I didn't have no slightest idea

10  until when I was pulled over.

11      **Q.   Do you know of any reason why Ms.**

12  **Loftin would report the vehicle as stolen?**

13      A.   Because we was into it.  We were

14  fighting and that's the only thing that I could

15  come up with.  She done it out of anger and I

16  told her, I said, well, I'm not coming back until

17  stuff changes, and she started her mess like

18  usual so I didn't answer her calls and it

19  happened.

20      **Q.   When you submitted the application**

21  **for transfer of title to the vehicle around**

22  **July 13th, were you ever issued the registration**

23  **for the vehicle by the Secretary of State?**

24      A.   Yeah.

25      **Q.   When did you receive the**

ANDREW WHITE 12/15/2020

1  registration?

2      A.    The registration was received on the

3  same time I went and paid my money to get it

4  switched over.

5      Q.    **So that would have been July 13th**

6  **that you received the registration for the**

7  **vehicle?**

8      A.    Yeah, I've got copies of it right

9  here.

10     Q.    **Okay.  You don't have to show me that**

11  **for now.  I'm just trying to establish the facts.**

12  **Did you have any conversations with Christine**

13  **Loftin between about August 3rd and August 10th?**

14     A.    August 3rd and August 10th?

15     Q.    **2018.**

16     A.    I wouldn't answer the phone for her

17  because she kept talking out of her head, you

18  know, it wasn't her so I wouldn't answer the

19  phone.

20     Q.    **So you just refused to answer the**

21  **call?**

22     A.    Yeah.  I didn't want to put up with

23  that.  It was just too much.

24     Q.    **Because August 10th, 2018, was the**

25  **day that you were arrested, correct?**

ANDREW WHITE  12/15/2020

```
 1          A.    Correct.
 2          Q.    So you didn't speak with Ms. Loftin
 3    between August 3rd and August 10th that you can
 4    recall?
 5          A.    Right.  I know my brother did.  My
 6    brother was still staying there.  My oldest
 7    brother.
 8          Q.    So your brother was still staying
 9    with Ms. Loftin between this time period?
10          A.    Yep.
11          Q.    Did your brother indicate to you that
12    there was something going on with Ms. Loftin
13    regarding this vehicle?
14          A.    Nope.  He said he didn't know
15    anything about it because he was back and forth
16    to work himself.
17          Q.    So Ms. Loftin didn't have any
18    conversations with him regarding her concerns
19    that the vehicle was taken from her?
20          A.    No.
21          Q.    Have you ever spoken with
22    Investigator Ellen Sweeney?
23          A.    Over the phone, I have.
24          Q.    Do you know when the first time you
25    would have spoken with Investigator Sweeney?
```

ANDREW WHITE  12/15/2020

```
 1          A.    I believe it was on the third of --
 2          Q.    So it would have been August 3rd,
 3     2018?
 4          A.    August 3rd.
 5          Q.    Do you remember what happened during
 6     that conversation?
 7          A.    The whole conversation identified
 8     that I was Andrew on the phone.  All she wanted
 9     to know is where is the vehicle at, and I told
10     her, well, the vehicle is where it's supposed to
11     be, with me, and that's when she indicated that
12     Christy had went down there and filed for a lost
13     and stolen title.  And I responded, no, I
14     never -- she ain't told me anything like that,
15     and she said, well, I need to know where the
16     vehicle is at.  I said, the vehicle is with me.
17     The vehicle is my car, you know.  Why would she
18     do that?  And it was just back and forth.  I need
19     to know where the vehicle is, where the vehicle
20     at.  And then she asked me where I was.  I said
21     I'm in Chatham over at my mom's house, and she
22     asked if I could meet her down at Chatham Police
23     Station, and I told her, no, for what reason?
24     There's no reason to meet nowhere.
25                So I called my friend Jason Sloman --
```

ANDREW WHITE  12/15/2020

1   he's a Springfield police officer -- and told him

2   what was going on and he looked into it.  He

3   called me back.  He said, hey, he said this is

4   what is going on.  He said she wants you to go

5   down there because she's going to arrest you

6   right off of the top, you know.  Don't go down

7   there, you know.  And he also said was there a

8   court date issued for the car?  He said because

9   the car is in your name is exactly what he said.

10  He ran my plates and everything.  The car is in

11  your name and there's no reason to meet nobody.

12          **Q.   What is your relationship with**

13  **Mr. Sloman?**

14          A.   Sloman, I done work with Mr. Sloman

15  and also other officers there at the station with

16  drug stings and stuff like that, helping the

17  community and stuff like that.  I worked with him

18  for over a year, and that's the only relationship

19  we have together.

20          **Q.   So you would help with ongoing**

21  **investigations?**

22          A.   Yes.

23          **Q.   And after -- on August 3rd, 2018,**

24  **after your initial conversation with Ms. Sweeney**

25  **you then called Mr. Sloman?**

ANDREW WHITE  12/15/2020

 1        A.    Yes.

 2        Q.    **To see if he had any advice for the**

 3  **situation?**

 4        A.    Correct.

 5        Q.    **At that time when you were speaking**

 6  **with Ms. Sweeney, did she tell you that you could**

 7  **come to prove ownership of the vehicle?**

 8        A.    I don't remember.  I don't recall

 9  that.  All that was said was Christy had shown

10  ownership, if I could go down there and show

11  ownership.  I remember telling her, well, I don't

12  have a title or anything right now.  I just

13  switched the registration.  She said, well, I put

14  a hold on your title.  That's what she told me.

15  There's a hold on your title until you come down

16  and talk to me is exactly what she said.

17        Q.    **Didn't earlier you say you had**

18  **received registration from the Secretary of**

19  **State?**

20        A.    I got registration.  I didn't receive

21  the title.  She held my title.  I didn't received

22  my title.

23        Q.    **So you were issued the registration**

24  **for the vehicle, but you never received a title**

25  **for the vehicle?**

ANDREW WHITE  12/15/2020

```
 1          A.    Correct.
 2          Q.    Okay.  So did you have the
 3   registration with you in the vehicle -- you know
 4   how come people keep the registration in the
 5   vehicle?
 6          A.    Yeah.  It was in the vehicle.
 7          Q.    So you were keeping the registration
 8   of the vehicle in the car with you, but you had
 9   not yet received the title --
10          A.    Correct.
11          Q.    -- to demonstrate that you owned the
12   vehicle?
13          A.    Correct.
14          Q.    In your initial conversation with
15   Investigator Sweeney on August 3rd, did -- before
16   you spoke with Mr. Sloman, did you agree to meet
17   with Investigator Sweeney?
18          A.    Yes, I did until I was told not to.
19          Q.    So then how did Ms. Sweeney come to
20   know that you were no longer willing to meet with
21   her?
22          A.    I don't know.  I never got back with
23   her at all.
24          Q.    Did you call her back on August 3rd?
25          A.    No, I did not.
```

ANDREW WHITE  12/15/2020

```
 1          Q.    So you just decided not to meet with
 2   her?
 3          A.    Correct.
 4          Q.    Was the reason that you chose not to
 5   meet with her related to the information that Mr.
 6   Sloman told you?
 7          A.    At the time, like I said, I had kids,
 8   okay, I'm the only one caring for my kids.  And
 9   as far as meeting with somebody that want to
10   arrest me and stuff like that, without knowing
11   the truth, I wasn't going to take a chance of
12   getting arrested knowing that I'm the only one
13   out there for my kids so, no, I did not meet Ms.
14   Sweeney.
15          Q.    So Mr. Sloman had told you at that
16   time that you had an active warrant, correct?
17          A.    He didn't say that.  He just said
18   that there's no need to meet with her.  The car
19   is in your name.  What is going on?
20          Q.    When did you learn that there was an
21   active warrant then?
22          A.    I'm not sure.  I'm not sure at all.
23   I'm not sure.  And to be honest, I don't think
24   there was a warrant out for my arrest at the
25   time.  It was just told don't go meet Sweeney
```

ANDREW WHITE  12/15/2020

```
 1   because this is what is going on because I didn't
 2   have to -- you don't have to meet anybody to talk
 3   to nobody so I didn't.
 4         Q.   Did Investigator Sweeney tell you at
 5   a certain point that if you did not prove that
 6   you owned the vehicle that the vehicle would be
 7   entered into the system as stolen?
 8         A.   I don't recall that.  I don't recall
 9   that at all.
10         Q.   Did Investigator Sweeney tell you why
11   she believed the vehicle was stolen?
12         A.   No.  I know in her reports it says
13   different.  It says that by her being in her
14   business for so long so knows the person's
15   identity and signatures and stuff like that which
16   is something for a judge to make that decision
17   upon when it comes to signatures and stuff like
18   that.  That's not her job title.  I'm innocent
19   until I'm found guilty, and that's that.
20         Q.   Did Investigator Sweeney tell you
21   that Ms. Loftin thought that you took the title
22   out of Ms. Loftin's mailbox?
23         A.   She didn't tell me anything like
24   that.
25         Q.   Did you ever speak with Investigator
```

ANDREW WHITE  12/15/2020

1    Sweeney after August 3rd?

2         A.   I don't recall, no.

3         Q.   **So you do not remember speaking with**

4    **Investigator Sweeney on August 6th?**

5         A.   I don't recall it.  Not at all.

6         Q.   **Do you remember about when the**

7    **warrant was quashed for your arrest?**

8         A.   No.

9         Q.   **Do you remember ever using**

10   **inappropriate language or yelling at Investigator**

11   **Sweeney?**

12        A.   I don't remember.  I don't remember

13   no using inappropriate.  I got kind of loud with

14   her, yeah, because I was already fired up with

15   what Christy done did and here she go calling and

16   asking me about the car and all this, yeah, I got

17   loud a little bit with her.

18        Q.   **Would that have been on August 3rd,**

19   **2018?**

20        A.   I don't remember.  It's been a couple

21   of years.

22        Q.   **So you don't remember speaking with**

23   **Investigator Sweeney on August 6th, 2018?**

24        A.   No.  I know there was a couple of

25   calls that I did not answer and then she left a

ANDREW WHITE  12/15/2020

1   voicemail.  I remember she was leaving a
2   voicemail and I didn't return her call.
3        Q.    So after your call on August 3rd,
4   2018, Investigator Sweeney attempted to try to
5   reach you again?
6        A.    Yeah.
7        Q.    And she left you a voice message?
8        A.    I believe so.
9        Q.    Do you remember what the voice
10  message said?
11       A.    Well, it didn't really say anything.
12  She thought she hung up and it was her and her
13  fellow workers talking about the situation, about
14  me and it was some stuff that was said that she
15  didn't know that she hadn't hung up.  She didn't
16  hang up.
17       Q.    So you received the contents of that
18  conversation in a message?
19       A.    Correct.
20       Q.    When did you receive notice of
21  revocation of title for the vehicle?
22       A.    It was -- it looked like she put it
23  in on the 16th of August, and it was mailed out
24  to me on the 20th of August after the fact the
25  car was taken.

ANDREW WHITE  12/15/2020

1          Q.    So you received revocation for the
2    title of vehicle on August 16th, 2018?
3          A.    No, she put it into the system.
4          Q.    She put it into the system and then
5    you didn't receive it until August 20th?
6          A.    Yeah, she mailed it off August 20th.
7          Q.    Did you receive it in your possession
8    on August 20th or was it mailed on August 20th,
9    2018?
10         A.    It was mailed out on August 20th.
11         Q.    So when did you receive it, if it was
12   mailed on August 20th?
13         A.    Do you mind me looking at this paper?
14         Q.    Yes.  You can refresh your
15   recollection.
16         A.    Okay.  So I got to look at the actual
17   thing in my phone.
18         Q.    It's okay if you don't recall.
19         A.    No.  It's just she certified that on
20   the 20th that she sent all and stuff like that.
21   It had to be like the end of August or something
22   that I had actually got it in the mail.
23         Q.    So you would have received that at
24   the end of August of 2018?
25         A.    Yes.

ANDREW WHITE  12/15/2020

1      **Q.   Okay.  At the time that you were**

2  **arrested by Officer Felchner, did Office Felchner**

3  **mention speaking with Investigator Sweeney?**

4      A.   At the time when he pulled me over,

5  it was told to me, he said, Mr. White, I'm

6  pulling you over because your plates come back

7  suspended and revoked, and I explained to him, I

8  said it couldn't be because I just switched the

9  title over into my name.  And he said, well, I

10  can't let you drive off in the car and then he

11  seen my kids in the back.  He said is there any

12  way you can have someone to come get you and the

13  kids because I have to tow the car.  I can't have

14  you driving off because your plates are suspended

15  and revoked.  I kept telling him no, it couldn't

16  be so.

17          I went to reach to show him my

18  registration and stuff like that.  He didn't want

19  to see it at all.  He did not want to see it.  He

20  glanced at it, but he didn't want to see it.  He

21  asked me to step out of the car.  I said, well, I

22  was on the way to Taylorville to get my phone

23  because I left my phone at the friend's house in

24  Taylorville.  I said there's no way I can call

25  anybody.  He let me use his phone to call my dad

1    off his phone.  That's how my dad come up here.

2    My dad came and got the kids.

3              By the time my dad come, the sheriff

4    pulled up and told him you need to put him in

5    handcuffs, the car is stolen, all of a sudden.

6    The car was stolen.  Now, if the car is stolen,

7    that's something he should have told me when he

8    first pulled me over.  The car wasn't ever

9    stolen.  The car wasn't never -- my plates was

10   never revoked or suspended at the time.  It was

11   just something Sweeney was ordering people to do.

12        **Q.   Do you know if Investigator Sweeney**

13   **put into the system that the vehicle was stolen?**

14   **How would an officer know that the vehicle was**

15   **stolen?**

16        A.   How would they know?

17        **Q.   Yeah.**

18        A.   Well, easily.  The car wasn't ever

19   stolen because if it was stolen, Felchner would

20   have told me it was stolen.  He said the plates

21   was revoked and suspended.  It became stolen when

22   the sheriff pulled up and said it was stolen.

23   And then when we got out into the county, the

24   county couldn't -- they couldn't verify the

25   stolen car or anything, none of that.  They was

ANDREW WHITE  12/15/2020

1    talking to me.  They said there's no way that the

2    car was stolen at all.  It's just like they put

3    it into the computer and then turned around.  By

4    the time I got to the county, it was taken out.

5    It was taken out of the computer.

6         **Q.   But earlier didn't you say that Ms.**

7    **Loftin had reported that the vehicle was stolen?**

8         A.   Correct.  I mean, she can report it

9    stolen all day.  But the bottom line is, I mean,

10   the officers of the law they know better, for

11   one, you know.  If that's chaos in the computer

12   they see -- and I know this from experience.  I

13   have family that is officers of the law, you know

14   what I'm saying.  To be truthful, it was a civil

15   matter -- and for one, it was a civil matter

16   because the car was already in my name as

17   registration.  And if they knew their job

18   description, they would have looked there in the

19   computer to see that.  It was just some under the

20   table stuff going on, period.

21        **Q.   I don't know if you answered my**

22   **original question, which was do you remember**

23   **Officer Felchner saying that he spoke with**

24   **Investigator Sweeney about this at the time that**

25   **you were arrested?**

ANDREW WHITE  12/15/2020

```
 1          A.   No.  No.  All he said that the car --
 2   he started talking about Felchner (sic) when the
 3   sheriff pulled up.  Okay.  Let's get her on the
 4   phone, you know, and I don't know what she told
 5   them and I don't know what was the conversation,
 6   but all of a sudden I'm getting arrested for a
 7   stolen vehicle and been issued other minor
 8   citation tickets and stuff like that.  I failed
 9   to surrender a title and my registration and
10   stuff like that, which was a lie.  He never asked
11   me to surrender anything.
12          Q.   Do you remember speaking with
13   Investigator Sweeney on August 10th, the day you
14   were arrested?
15          A.   No, I never spoke with Sweeney.  In
16   fact, she said she didn't even want to talk to
17   me.
18          Q.   Are you familiar with the policies
19   and practices of the Secretary of State as a
20   whole?
21          A.   No, I'm not.
22          Q.   Are you trained in signature
23   matching?
24          A.   No, I'm not.
25          Q.   Can you tell me how you believe
```

ANDREW WHITE  12/15/2020

 1     **Investigator Sweeney engaged in deceptive**
 2     **practices?**
 3          A.   Well, I believe she went over her job
 4     description by ordering and I say dictating
 5     illegal procedure, having other officers engage
 6     into her wrongful act.
 7          **Q.   You also alleged that Investigator**
 8     **Sweeney defamed your character.  Can you explain**
 9     **why that is?**
10          A.   Because she immediately pretty much
11     said, yeah, you stole the car -- you stole the
12     title out of the mailbox and signed the title and
13     all this and that.  And plus, my name was -- I
14     was all in Rochester police, the police beat and
15     there was a lot of people that seen the report
16     and like my job, the roofing job, he let me go
17     because of that.
18          **Q.   Because you got arrested?**
19          A.   Yeah.  He seen it all in the
20     Rochester Beat.  Churches I went to, they was
21     looking down on me.  It kind of messed me up for
22     a while like as far as getting a job and stuff
23     like that.  I had to go -- I had to wait and get
24     my stuff expunged myself in order for me to go
25     get an actual good job.  I had to get that stuff

ANDREW WHITE  12/15/2020

1   off of my background.  And yes, it put a big

2   weight on me for a while.

3        **Q.   Had you ever been arrested before**

4   **August 10th, 2018?**

5        A.   Years ago.  That's when, you know, I

6   was out doing wrong and stuff like that and I

7   changed, but, yeah, years ago, yes, I've been in

8   prison and stuff like that.

9        **Q.   About what year was the time that you**

10  **were arrested?**

11       A.   When I went to prison?

12       **Q.   Uh-huh.**

13       A.   I went to prison three different

14  times.  1996, 2006 and 2012.

15       **Q.   And were you convicted of a crime in**

16  **1996?**

17       A.   1996, I had copped out to that crime

18  because I, you know, I was involved in it, you

19  know.  I ain't going to lie about anything.  I

20  mean, if I was involved, I was involved.  So I

21  copped out to six years.  That's when I was a

22  minor.  2006, the same thing.  I had took time

23  because I was in the room.

24       **Q.   And what were you convicted of in**

25  **2006?**

ANDREW WHITE  12/15/2020

Page 39

```
 1          A.    2006, robbery.
 2          Q.    And in 2012?
 3          A.    2012, it was a domestic dispute.
 4          Q.    Was a weapon involved in 2012?
 5          A.    Nope.  It was just an argument.
 6          Q.    And how long were you put in prison
 7    in 2012?  Did you go to prison?
 8          A.    One year.
 9          Q.    One year?
10          A.    One year.
11          Q.    So in total, it looks like you have
12    been in prison for six years in 1996?
13          A.    Yeah, I did two and a half years off
14    of the six years.
15          Q.    Two and a half years?
16          A.    Yeah.  18 months off of four years in
17    2006.
18          Q.    Okay.  So even though you were
19    sentenced for a longer term, you got out of
20    custody earlier?
21          A.    Yeah.
22          Q.    Do you know when you requested
23    documents from the Secretary of State from -- for
24    a Freedom of Information request?
25          A.    It was after I got released from the
```

ANDREW WHITE  12/15/2020

```
 1   county.  I don't remember.
 2            Q.    Why did you do so?
 3            A.    Because, for one, I was looking for
 4   the car.  I was looking for the car because my
 5   dad -- my dad stated that the sheriff that told
 6   Felchner to arrest me, told -- my dad said that
 7   he didn't see anything and he didn't see nobody
 8   drive off and stuff like that, so I pretty much
 9   it -- I pretty much was thinking, you know, the
10   car is back over at Christy's immediately, you
11   know.  And I called down to Rochester Police
12   Department, and I said where is the car and stuff
13   like that, and all they told me was Ellen Sweeney
14   had told Felchner to take my plates off of the
15   car and get the registration and stuff like that
16   out the -- my originals out of the car, and she
17   had picked them up there at the station.
18            Q.    So the purpose of the Freedom of
19   Information Act was to try to locate the vehicle?
20            A.    That and file a suit, yes.
21            Q.    Okay.  And sorry if this is
22   repetitive, but in 1996, what were you convicted
23   of?  I apologize?
24            A.    It was armed robbery.
25            Q.    Armed robbery.  I don't think that
```

ANDREW WHITE  12/15/2020

1    was clear.  So in total you had three

2    convictions; armed robbery, robbery and then a

3    domestic dispute?

4         A.   Correct.

5              MS. FRUTH:  Okay.  Thank you.  I

6    don't have any more questions right now.

7    CROSS-EXAMINATION BY MR. PIERCE:

8         Q.   Mr. White, I have a few.  My name

9    again is Chuck Pierce.  I represent Officer

10   Felchner in this case.  I'm not going to go back

11   through everything that the other counsel has

12   asked you.  I just want to fill in a few blanks,

13   okay?  So there will be -- I'm going to skip

14   around a little bit and I'm not trying to trick

15   you.  I'm just trying to fill in a couple blanks

16   here.

17             So if I understand correctly, you had

18   worked as a confidential informant for Office

19   Sloman at sometime in the past; is that correct?

20        A.   Correct.

21        Q.   And did he pay you for your work?

22        A.   He didn't pay me, no.

23        Q.   Somebody did?

24        A.   Yeah.

25        Q.   Was he with the county or was he with

ANDREW WHITE  12/15/2020

1    the city?

2         A.   City.

3         Q.   Any time you helped him with one of

4    these drug busts or buys or snitched on somebody

5    you got paid?

6         A.   Yes.

7         Q.   Okay.  Did he ever get charges

8    dropped for you when you snitched?

9         A.   No.

10        Q.   How long had you been snitching for

11   Sloman?

12        A.   A little over a year.

13        Q.   So I'm trying to understand the

14   timeframe here, the timeline I should say, excuse

15   me.  July 19th is when you were trying to get

16   your stuff back and you left Christy's house

17   permanently, if you will, taking the car with

18   you?  Does that sound like the right date?

19        A.   Yes.

20        Q.   And sometime after that you got a

21   call from Investigator Sweeney and she was

22   telling you that there was a problem with the

23   title?

24        A.   With the car.

25        Q.   With the car.  Okay.  And she told

 1   you that Christy had reported it stolen?

 2        A.   Yes.

 3        Q.   Okay.  And she said, hey, come meet

 4   with me to see if we can sort this out and you at

 5   first agreed but then you said, no, I'm not going

 6   to do it?

 7        A.   Right.

 8        Q.   And one of reasons you said you

 9   weren't going to do it is because you called

10   Sloman and had him check into it?

11        A.   Yes.

12        Q.   And Sloman told you don't go, you'll

13   get arrested?

14        A.   Yes.

15        Q.   He told you that there's a warrant

16   out for you?

17        A.   He didn't tell me that.  He didn't

18   say there was a warrant out for me.  He said you

19   don't have to go nowhere.

20        Q.   He told you if you went down there,

21   Investigator Sweeney was going to arrest you?

22        A.   Yeah.  That's exactly what he said.

23        Q.   Okay.  Because he had looked

24   something up and knew that there was something in

25   the system showing that you had a stolen car?

```
 1          A.   I don't know why he said it.  He just
 2   said you don't have to go down there at all.
 3          Q.   And so when you got pulled over in
 4   Rochester by Officer Felchner, let me stop there
 5   for a minute.  Did you know Officer Felchner
 6   before that date?
 7          A.   No.
 8          Q.   Never dealt with him before?
 9          A.   No.
10          Q.   As far as you know, he didn't know
11   who you were?
12          A.   No.  I don't think so.
13          Q.   He didn't know Christy Loftin?
14          A.   No.
15          Q.   Have you ever dealt with Felchner
16   since that date?
17          A.   No.
18          Q.   So he's just out there and happens to
19   see you drive by?
20          A.   Yes.
21          Q.   And he pulled you over, correct?  You
22   have to answer out loud, sir.
23          A.   Yes.
24          Q.   And he told you that it was in his
25   system that there was I think you said that the
```

ANDREW WHITE  12/15/2020

1   plates were revoked and the registration was --

2       A.   Was suspended.

3       Q.   So he told you that there was

4   something in the system showing that you weren't

5   supposed to be driving this car with these

6   plates, right?

7       A.   Correct.

8       Q.   And did you ever get -- strike that.

9   Did you ever hear Investigator Sweeney get on the

10  radio and explain the situation to you that same

11  day?

12      A.   Nope.

13      Q.   Okay.  From what you've told me,

14  Felchner was going to just let you go with a

15  ticket until the county deputy showed up and

16  said, hey, this guy has got a stolen car, you've

17  got to cuff him and arrest him?

18      A.   Yes.

19      Q.   So the county deputy believed that

20  you were driving a stolen car as far as you

21  understand?

22      A.   Yeah.  Because he has been talking to

23  Sweeney is what I found out.  He had Sweeney on

24  the phone.

25      Q.   So the deputy had Sweeney on the

ANDREW WHITE  12/15/2020

```
 1    phone?

 2         A.   Yes.

 3         Q.   Felchner didn't have Sweeney on the

 4    phone?

 5         A.   No.

 6         Q.   What was the deputy's name?

 7         A.   I don't remember.

 8         Q.   All right.  And I think you said your

 9    dad -- that Felchner let you use his phone to

10    call your dad so you could make arrangements for

11    your kids?

12         A.   For me and my kids because I wasn't

13    under arrest at all.

14         Q.   At this point it was just to come

15    pick you and your kids up?

16         A.   Yeah.  He was going to tow the car.

17    That's what Felchner was on until the sheriff

18    pulled up.

19         Q.   And what is your dad's name?

20         A.   Clifton White.

21         Q.   Does he live here in the area?

22         A.   He stay in Chatham.

23         Q.   What address is he at?

24         A.   He's at 812 Deerfield Road.

25         Q.   Okay.  Now, you said that as a result
```

ANDREW WHITE  12/15/2020

1    **of this arrest you got fired from your roofing**

2    **job?**

3          A.    Yeah.

4          **Q.    Where had you been working?**

5          A.    Midwest American Roofing.

6          **Q.    Where are they located?**

7          A.    Well, he run his business -- it's a

8    big garage out there on 16th Street.

9          **Q.    Is that in Springfield?**

10         A.    Yes.

11         **Q.    Because before that you had been**

12   **working at JBS out in Beardstown?**

13         A.    JBS, I got fired from there.

14         **Q.    And you got fired about a week or two**

15   **before this arrest?**

16         A.    No.  I got fired because I was still

17   on probation and I was coming in late and stuff

18   like that and -- my shift was -- I couldn't

19   handle that shift.

20         **Q.    When did you get fired from JBS?**

21         A.    I don't remember, but they gave me

22   three times and three times you're late you're

23   gone.

24         **Q.    Did you ever lie to Investigator**

25   **Sweeney and tell her you were still working at**

ANDREW WHITE  12/15/2020

1    JBS?

2         A.    No, I didn't.

3         Q.    **Do you know why she put that in her**

4    **report?**

5         A.    No.

6         Q.    **Did you tell her you had been working**

7    **at JBS?**

8         A.    Yes.

9         Q.    **The convictions that we've talked**

10   **about, the three that you mentioned, were those**

11   **all in Sangamon County?**

12        A.    The 2012 was in Menard County when I

13   was living there.

14        Q.    **Do you have any convictions in any**

15   **counties other than Sangamon or Menard?**

16        A.    No.

17        Q.    **Any arrests in any county other than**

18   **Sangamon or Menard?**

19        A.    No, I pretty much got everything that

20   is on my record besides the 2006, I'm still

21   working on that because the Covid 19, it slowed a

22   lot of stuff down.  Everything is expunged off of

23   my record.

24        Q.    **Is that something that the police**

25   **have helped you do because you were a snitch?**

ANDREW WHITE  12/15/2020

```
 1          A.    No.  I done that myself.
 2          Q.    And just so I'm clear, you said you
 3    do have some documents.  You were looking to try
 4    to find out dates.  What documents do you have
 5    that you brought with you here today?
 6          A.    I have my insurance -- do you want to
 7    see them?  I've got the documents with the
 8    Rochester, my tax form.
 9          Q.    Let's slow down here so I can see.
10          A.    That is the police beat right there.
11          Q.    Can so the first -- I tell you what.
12    Do we have the ability to make copies of all of
13    this, Shannon?  And we can just copy and attach
14    it?
15              MS. FRUTH:  Yes.
16              MR. PIERCE:  Why don't we just take a
17    break and we will get copies then and it will be
18    easier and then I can just read through it on my
19    time.
20          A.    What I was going to do, I was going
21    to attach it with the courts anyway.
22          Q.    While we're here, I'd like to get it
23    all and have her staff run it through the copier
24    here.  So why don't we go off of the record and
25    we'll do that, okay?
```

ANDREW WHITE  12/15/2020

```
 1          A.    Okay.

 2                (Recess taken.)

 3          Q.    Sir, while we took a break, you were

 4   kind enough to let us make some copies of some of

 5   the documents in your folder here.  And I just

 6   want to make sure that I understand what you

 7   provided here.  I've marked them as Defendant's

 8   Group Exhibit No. 1 and we'll attach them to the

 9   deposition.  The first page, that is a printout,

10   you said, of the Chatham police beat, that's the

11   newspaper, I believe?

12          A.    The Rochester.

13          Q.    Rochester, excuse me.  And it

14   mentions where you got arrested.  Okay.  The

15   second page, that looks like it's the Department

16   of Revenue form.  It just says private party

17   vehicle use tax transaction.  Is that where you

18   were transferring the vehicle from Christy to

19   yourself?

20          A.    Yes.

21          Q.    When you did that, did you go to the

22   Secretary of State's office or did you go to one

23   of those title companies?

24          A.    The Secretary of State.

25          Q.    The next page is an insurance card.
```

ANDREW WHITE  12/15/2020

1    You got that issued in your name on July 20th,

2    2018; is that correct?

3         A.    Correct.

4         Q.    The next page is the order of

5    revocation.  That's something that the Secretary

6    of State produced to you in this case?

7         A.    Correct.

8         Q.    And the next thing is also a title

9    and/or registration revocation request.  Another

10   document that the Secretary of State produced to

11   you in this case?

12        A.    Yes.

13        Q.    Were there any other documents in

14   your folder, separate from these, that were

15   related to this lawsuit?

16        A.    No.

17        Q.    And what documents was it that you

18   said you showed to Officer Felchner that night?

19        A.    It was the registration.

20        Q.    Well, none of these were a

21   registration.

22        A.    Let me see.  I gave you the wrong

23   ones.  I'm sorry.  Here is this one.

24        Q.    We'll make an extra copy of that then

25   and that is a 2019 Illinois registration card

ANDREW WHITE  12/15/2020

1    with your name and your Deerfield Road address

2    and that's what you said you had in your car with

3    you and you showed to Officer Felchner?

4         A.   Correct.

5         Q.   So you said he did glance at that

6    that night; is that correct?

7         A.   Yes, he did.

8         Q.   And he said it didn't matter, it's in

9    the system and I've got to do what I've got to

10   do?

11        A.   Correct.

12             MR. PIERCE:  That's all the questions

13   I have for you, sir.  Thank you.

14             MS. FRUTH:  I just have one

15   follow-up.

16   REDIRECT EXAMINATION BY MS. FRUTH:

17        Q.   Earlier you had mentioned that it was

18   the deputy that had spoken with Ellen Sweeney; is

19   that correct?

20        A.   Both of them eventually spoke with

21   them because the deputy pulled Felchner to the

22   side and was talking to him, and what I seen with

23   my own eyes, they went in the back of the squad

24   car that I was in and he told the -- the deputy

25   told Felchner to take the speaker off of him.  He

ANDREW WHITE  12/15/2020

1    took the speaker off of him.  He took the speaker

2    off of him and put it right on the back of the

3    truck and they stepped away from the truck and

4    they started talking.  After that, they come to

5    the passenger side, which is Felchner's squad

6    car, and pulled down the window.  Felchner pulled

7    down the window and the deputy was talking, hey,

8    we've got Sweeney on the phone, you know, and

9    they both was talking right there with Sweeney,

10   and they asked me did I want to talk to her.  I

11   said no, and she said -- she told them just go

12   with ahead and arrest him, and that was that.

13            MS. FRUTH:  I don't have any more

14   questions.

15            MR. PIERCE:  No more questions.  Do

16   you want to explain signature or you want me to

17   do it?

18            MS. FRUTH:  You can explain it.

19            MR. PIERCE:  Sir, we're done with the

20   deposition now and what is going to happen is the

21   court reporter is going to go back and type it up

22   into a little booklet form.  Not going to do it

23   today, but sometime in the near future she'll

24   type it up and it will say question and answer

25   and question and answer.  As a witness, you have

1  a right to read through that to make sure that

2  she heard you and understood you correctly.  You

3  don't get to go back and change a yes to a no or

4  anything like that, but you can make sure that

5  she heard you.  Or you can just rely on her to do

6  her job professionally.  These ladies are very

7  well trained in this and they're very good at it,

8  and you can just say I know she did a good job,

9  and I don't want to have to bother reading it and

10  just waive your signature.  It's your choice.  I

11  can't tell you what to do.  Ms. Fruth can't tell

12  you what to do because we are not your lawyers.

13  I can tell you 99 percent of the people just say

14  I'll waive signature and not mess with it, but

15  it's something that you've got to decide and let

16  us know today.  Which would you like to do it?

17           THE WITNESS:  I'd like to sign my

18  signature.  I'd like to go through it.

19           (The deposition was concluded at

20  11:27 a.m.)

21

22

23

24

25

ANDREW WHITE  12/15/2020

```
 1                  CERTIFICATE OF REPORTER

 2

 3        I, ERIKIA SCHUSTER, a Certified Shorthand

 4   Reporter (IL), Missouri Notary No. 09561566, do

 5   hereby certify that the witness whose testimony

 6   appears in the foregoing deposition was duly sworn by

 7   me, that the testimony of said witness was taken by

 8   me to the best of my ability and thereafter reduced

 9   to typewriting under by direction; that I am neither

10   counsel for, related to, nor employed by any of the

11   parties to the action in which this deposition was

12   taken, and further that I am not a relative or

13   employee of any attorney or counsel employed by the

14   parties thereto, nor financially or otherwise

15   interested in the outcome of the action.

16

17

18

19

20   _____

21   Certified Court Reporter

22

23

24

25
```

```
 1                       ALARIS LITIGATION SERVICES

 2

 3    December 31, 2020

 4

      ANDREW WHITE
 5    1751 North Grand Avenue West, Lot #101
      Springfield, IL  62702
 6

      IN RE: ANDREW WHITE v. JOSEPH FELCHNER and ELLEN
 7           SWEENEY

 8    Dear Andrew White:

 9    Please find enclosed a complimentary copy of your
      deposition taken on December 15, 2020 in the
10    above-referenced case. Also enclosed is the original
      signature page and errata sheets.
11
      Please read your copy of the transcript, indicate any
12    changes and/or corrections desired on the errata

13    sheets, and sign the signature page before a notary

14    public.

15

16    Please return the errata sheets and notarized

17    signature page within 30 days to our office at 711 N

18    11th Street, St. Louis, MO 63101 for filing.

19

20    Sincerely,

21

22

23    ERIKIA SCHUSTER

24

25    Enclosures
```

```
 1                        ERRATA SHEET
     Witness Name: ANDREW WHITE
 2   Case Name: ANDREW WHITE v. JOSEPH FELCHNER and ELLEN
               SWEENEY
 3   Date Taken: DECEMBER 15, 2020

 4

 5   Page #_____   Line #_____

 6   Should read: _____

 7   Reason for change: _____

 8

 9   Page #_____   Line #_____

10   Should read: _____

11   Reason for change: _____

12

13   Page #_____   Line #_____

14   Should read: _____

15   Reason for change: _____

16

17   Page #_____   Line #_____

18   Should read: _____

19   Reason for change: _____

20

21   Page #_____   Line #_____

22   Should read: _____

23   Reason for change: _____

24

25   Witness Signature: _____
```

1    STATE OF _____)

2

3    COUNTY OF _____)

4

5    I, ANDREW WHITE, do hereby certify:

6          That I have read the foregoing deposition;

7          That I have made such changes in form

8    and/or substance to the within deposition as might

9    be necessary to render the same true and correct;

10         That having made such changes thereon, I

11   hereby subscribe my name to the deposition.

12         I declare under penalty of perjury that the

13   foregoing is true and correct.

14         Executed this _____ day of _____,

15   20___, at _____.

16

17

18

19                       _____

20                       ANDREW WHITE

21

22                       _____

23                       NOTARY PUBLIC

24   My Commission Expires:

25

ANDREW WHITE 12/15/2020

**A**

A-n-d-r-e-w 4:14
a.m 1:14 54:20
ability 49:12
    55:8
above-refere...
    56:10
accurate 6:15
    16:9
acquire 12:2
act 20:9 37:6
    40:19
action 55:11,15
active 28:16,21
actual 32:16
    37:25
address 46:23
    52:1
advice 26:2
age 4:8
ago 38:5,7
agree 27:16
agreed 4:1 12:4
    12:11 13:2,4
    15:23 43:5
agreeing 10:2
ahead 53:12
ain't 24:14 38:19
ALARIS 56:1
alleged 37:7
altercation 18:14
    19:16
American 47:5
and/or 51:9
    56:12 58:8
Andrew 1:3,10
    1:12 4:2,7,14,14
    24:8 56:4,6,8
    57:1,2 58:5
    58:20
anger 21:15
angle 15:22
answer 5:19 6:4
    6:15,22 21:18
    22:16,18,20
    30:25 44:22

answered 35:21
answering 6:3
answers 5:6,14
anybody 23:9
    29:2 33:25
anyway 49:21
apologize
    40:23
appears 55:6
application 11:11
    14:4 18:21
    21:20
applied 14:8
appointments
    15:21,21
approximately
    11:10
area 46:21
arguing 17:1,2,4
argument 39:5
armed 40:24
    40:25 41:2
arrangements
    46:10
arrest 25:5
    28:10,24 30:7
    40:6 43:21
    45:17 46:13
    47:1,15 53:12
arrested 22:25
    28:12 33:2
    35:25 36:6,14
    37:18 38:3,10
    43:13 50:14
arrests 48:17
arrive 18:1
arrived 18:5 21:1
asked 17:22
    24:20,22
    33:21 36:10
    41:12 53:10
asking 6:4
    30:16
aspects 4:25
Assistant 3:3
attach 49:13,21

attached 2:10
attempted 31:4
attorney 1:14
    3:3 4:17 55:13
August 22:13,13
    22:14,14,24
    23:3,3 24:2,4
    25:23 27:15
    27:24 30:1,4
    30:18,23 31:3
    31:23,24 32:2
    32:5,6,8,8,10
    32:12,21,24
    36:13 38:4
available 5:16
Avenue 56:5
Azonia 20:22

**B**

B 2:6
back 9:25 12:10
    12:11 15:9,12
    15:20 18:9,12
    20:10 21:16
    23:15 24:18
    25:3 27:22,24
    33:6,11 40:10
    41:10 42:16
    52:23 53:2,21
    54:3
background
    38:1
basement 21:5
basic 5:4
Beardstown
    47:12
beat 37:14,20
    49:10 50:10
becoming 8:17
behalf 1:11 3:6,11
    4:9
believe 11:14
    13:14,21 24:1
    31:8 36:25
    37:3 50:11
believed 29:11

45:19
Belleville 3:10
best 6:9 55:8
better 35:10
big 13:3 38:1
    47:8
bit 30:17 41:14
blanks 41:12,15
booklet 53:22
bother 54:9
bottom 35:9
bought 12:6
break 6:20,22
    6:24 19:10
    49:17 50:3
broke 15:15
broken 19:7,12
brother 23:5,6
    23:7,8,11
brought 49:5
bucks 15:18
business 29:14
    47:7
bust 17:18
busts 42:4
buys 42:4

**C**

C 3:1
call 17:11 22:21
    27:24 31:2,3
    33:24,25
    42:21 46:10
called 1:13 17:20
    19:17 21:2
    24:25 25:3
    25:25 40:11
    43:9
calling 16:20
    17:14 30:15
calls 21:18
    30:25
calm 17:9 20:9
car 9:23 10:2,7
    10:12,12,13 11:7
    12:6,9,10,23
    13:3 15:7,9,12

15:19 17:13,13
    17:14,15 18:7,9
    18:13,17 21:7
    24:17 25:8,9
    25:10 27:8
    28:18 30:16
    31:25 33:10,13
    33:21 34:5,6,6
    34:8,9,18,25
    35:2,16 36:1
    37:11 40:4,4
    40:10,12,15,16
    42:17,24,25
    43:25 45:5,16
    45:20 46:16
    52:2,24 53:6
card 50:25
    51:25
caring 28:8
case 1:5 4:25
    41:10 51:6,11
    56:10 57:2
CENTRAL 1:1
certain 17:2
    29:5
CERTIFICATE
    55:1
certified 1:15 4:3
    32:19 55:3,21
certify 55:5
    58:5
chance 28:11
change 54:3
    57:7,11,15,19
    57:23
changed 38:7
changes 21:17
    56:12 58:7,10
chaos 35:11
character 37:8
charges 42:7
CHARLES 3:8
Chatham 9:12
    24:21,22
    46:22 50:10
check 13:15
    43:10

ANDREW WHITE  12/15/2020

children 8:20
   8:24 20:12,13
   20:16
choice 8:19
   54:10
chose 28:4
Christine 7:12
   22:12
Christy 17:1 19:7
   24:12 26:9
   30:15 43:1
   44:13 50:18
Christy's 40:10
   42:16
Chuck 4:21 41:9
Churches
   37:20
citation 36:8
city 1:15 42:1,2
civil 4:20 35:14
   35:15
clear 41:1 49:2
Clifton 46:20
colleague 4:20
college 10:23
   10:24
come 12:2 13:5
   18:12 20:9
   21:15 26:7,15
   27:4,19 33:6
   33:12 34:1,3
   43:3 46:14
   53:4
comes 29:17
coming 21:16
   47:17
Commission
   58:24
community
   25:17
companies
   50:23
complete 6:4,17
   14:3
complimentary
   56:9
computer 35:3

35:5,11,19
concerning 7:2
concerns 23:18
concluded
   54:19
confidential
   41:18
connection 4:19
contact 19:19
contents 31:17
continue 12:25
conversation
   24:6,7 25:24
   27:14 31:18
   36:5
conversations
   22:12 23:18
convicted 38:15
   38:24 40:22
convictions 41:2
   48:9,14
copier 49:23
copies 22:8
   49:12,17 50:4
copped 38:17
   38:21
copy 5:16 49:13
   51:24 56:9,11
correct 9:18
   10:21 11:16 12:1
   12:24 13:18
   14:2,9,12 15:3
   16:14,19 18:15
   19:2,18 22:25
   23:1 26:4 27:1
   27:10,13 28:3
   28:16 31:19
   35:8 41:4,19
   41:20 44:21
   45:7 51:2,3,7
   52:4,6,11,19
   58:9,13
corrections
   56:12
correctly 41:17
   54:2
counsel 41:11

55:10,13
counties 48:15
county 34:23
   34:24 35:4
   40:1 41:25
   45:15,19 48:11
   48:12,17 58:3
couple 17:7,9
   30:20,24
   41:15
court 1:1 3:9
   4:13 5:10,13,14
   5:21,25 25:8
   53:21 55:21
courts 49:21
Covid 48:21
Cpierce@pier...
   3:10
crime 38:15,17
CROSS-EXA...
   41:7
Crystal 7:14
cuff 45:17
custody 20:2,3
   39:20

─────── D ───────

D 2:1,6
dad 17:24 20:7
   33:25 34:1,2,3
   40:5,5,6 46:9
   46:10
dad's 18:11
   46:19
danger 8:23
date 13:20
   14:25 19:6
   25:8 42:18
   44:6,16 57:3
dated 7:14
dates 49:4
daughter 10:10
   10:19,22 20:17
   20:23,24
day 13:12 16:24
   19:3 21:1
   22:25 35:9

36:13 45:11
   58:14
days 17:7,9
   56:17
deal 13:3
dealership 9:14
dealt 44:8,15
Dear 56:8
December 1:13
   8:1 56:3,9
   57:3
deceptive 37:1
decide 54:15
decided 28:1
decision 29:16
declare 58:12
Deerfield 46:24
   52:1
defamed 37:8
Defendant 3:6
   3:11
Defendant's
   50:7
Defendants 1:8
   1:11,13
demonstrate
   27:11
Denyia 10:11 11:8
Department
   40:12 50:15
deposed 5:1
deposes 4:9
deposition 1:10
   1:12 4:2,19,23
   5:6 6:12 7:3,6
   50:9 53:20
   54:19 55:6,11
   56:9 58:6,8,11
deputy 45:15,19
   45:25 52:18
   52:21,24 53:7
deputy's 46:6
described 17:23
description 2:7
   35:18 37:4
desired 56:12
dictating 37:4

different 29:13
   38:13
dinner 18:12
DIRECT 4:10
direction 55:9
DISCOVERY
   1:10,13
discussed 9:24
dispute 39:3
   41:3
DISTRICT 1:1,1
document 51:10
documents 2:8
   7:8 39:23
   49:3,4,7 50:5
   51:13,17
Dodge 9:22
   10:20 11:3,5
   15:10
doing 17:19
   38:6
dollars 10:5
   12:8,14,21 13:11
   14:1,15 16:13,18
domestic 39:3
   41:3
downstairs 21:4
drive 1:14 11:8
   12:9 15:11
   33:10 40:8
   44:19
driving 10:12,14
   10:17 12:5,10
   15:7,8,12 33:14
   45:5,20
dropped 42:8
drove 10:11
   15:10
drug 25:16 42:4
duly 55:6

─────── E ───────

E 2:1,1,6,6 3:1,1
earlier 6:14 11:14
   13:20 26:17
   35:6 39:20
   52:17

ANDREW WHITE  12/15/2020

easier 49:18
easily 34:18
effect 5:10
Ellen 1:7 4:17
    23:22 40:13
    52:18 56:6
    57:2
employed
    55:10,13
employee 55:13
enclosed 56:9
    56:10
Enclosures
    56:25
ended 7:21 9:5
    10:3 12:7 17:5
    18:10
engage 37:5
engaged 37:1
entered 29:7
Erikia 1:15 4:3
    55:3 56:23
errata 56:10,12
    56:16 57:1
establish 22:11
events 16:10
eventually
    52:20
ex 7:14
exact 19:6
exactly 25:9
    26:16 43:22
EXAMINATION
    4:10 52:16
examined 4:8
excuse 42:14
    50:13
Executed 58:14
Executive 3:9
exhibit 2:10
    50:8
experience
    35:12
Expires 58:24
explain 7:12
    16:23 18:4
    37:8 45:10

53:16,18
explained 33:7
expunged
    37:24 48:22
extra 13:5 51:24
eyes 52:23

——————
F
——————
F 2:1,6
fact 19:11 31:24
    36:16
facts 22:11
failed 36:8
familiar 36:18
family 9:23
    10:13,15,19 11:7
    35:13
far 19:7 20:5
    28:9 37:22
    44:10 45:20
father's 13:12
feel 8:23
Felchner 1:6
    3:12 4:21 33:2
    33:2 34:19
    35:23 36:2
    40:6,14 41:10
    44:4,5,15
    45:14 46:3,9
    46:17 51:18
    52:3,21,25
    53:6 56:6
    57:2
Felchner's 53:5
fellow 31:13
fight 19:13
fighting 21:14
file 40:20
filed 4:20 24:12
filing 56:18
fill 41:12,15
financially 55:14
find 4:24 49:4
    56:9
finish 6:2
fired 30:14 47:1
    47:13,14,16,20

Firm 3:9
first 12:7 13:15
    23:24 34:8
    43:5 49:11
    50:9
five 20:18
fixing 17:6
folder 50:5
    51:14
follow-up 52:15
force 5:9
foregoing 55:6
    58:6,13
form 49:8 50:16
    53:22 58:7
forth 9:25 12:10
    12:11 15:9,13
    15:20 23:15
    24:18
found 29:19
    45:23
four 20:18 39:16
free 18:7
Freedom 39:24
    40:18
Friday 13:24
friend 24:25
friend's 33:23
front 17:4,19
    20:10
Fruth 2:3 3:3
    4:11,16 41:5
    49:15 52:14,16
    53:13,18 54:11
full 6:15
further 55:12
future 53:23

——————
G
——————
garage 47:8
General 1:14 3:3
gestures 5:22
getting 10:2,22
    28:12 36:6
    37:22
give 6:19 13:10
    15:5,17,18

given 6:15 13:19
giving 12:7
glance 52:5
glanced 33:20
go 5:3,5 17:9
    18:17 20:5
    25:4,6 26:10
    28:25 30:15
    37:16,23,24
    39:7 41:10
    43:12,19 44:2
    45:14 49:24
    50:21,22 53:11
    53:21 54:3,18
going 9:25
    10:24 15:17
    17:8,17,20
    18:10 20:6
    23:12 25:2,4
    25:5 28:11,19
    29:1 35:20
    38:19 41:10,13
    43:5,9,21
    45:14 46:16
    49:20,20
    53:20,21,22
good 19:23
    37:25 54:7,8
gotten 13:14
grand 9:23 10:1
    10:17 11:7,9,12
    12:3,6 15:11,16
    21:8 56:5
ground 5:4
Group 50:8
guilty 29:19
guy 9:12 45:16
guys 12:9

——————
H
——————
H 2:6
half 7:15 39:13
    39:15
hand 5:22
handcuffs 34:5
handle 47:19
hang 31:16

happen 53:20
happened
    16:23 18:4
    19:11 21:19
    24:5
happens 44:18
head 22:17
hear 45:9
heard 54:2,5
held 26:21
help 5:4 25:20
helped 42:3
    48:25
helping 25:16
hey 25:3 43:3
    45:16 53:7
hold 26:14,15
home 8:11 18:15
honest 28:23
house 13:8 18:11
    24:21 33:23
    42:16
household
    14:16
huh-uh 5:20
hung 31:12,15

——————
I
——————
idea 13:6 21:9
identified 24:7
identity 29:15
IL 3:4,10 55:4
    56:5
illegal 37:5
Illinois 1:1,15,15
    9:13 51:25
immediately
    37:10 40:10
inappropriate
    30:10,13
indicate 23:11
    56:11
indicated 24:11
individual 9:16
informal 5:8
informant 41:18
information 6:13

28:5 39:24
40:19
initial 25:24
27:14
initially 11:19,23
19:7,9
innocent 29:18
instance 1:13
instructions 7:2
insurance 49:6
50:25
interested
55:15
investigations
25:21
Investigator
23:22,25
27:15,17 29:4
29:10,20,25
30:4,10,23
31:4 33:3
34:12 35:24
36:13 37:1,7
42:21 43:21
45:9 47:24
involved 20:2
38:18,20,20
39:4
issued 21:22
25:8 26:23
36:7 51:1

_____

**J**
Jason 24:25
JBS 47:12,13,20
48:1,7
jeopardy 20:4
job 9:25 15:13
19:23,24 20:1
29:18 35:17
37:3,16,16,22
37:25 47:2
54:6,8
Joseph 1:6 4:21
56:6 57:2
judge 29:16
July 8:13 13:14

13:17 14:1,5,13
14:25,25 16:13
16:21 18:22
19:1,14,21
21:22 22:5
42:15 51:1
June 8:2,5,13
9:7 16:7,8

_____

**K**
keep 20:1 27:4
keeping 27:7
kept 22:17
33:15
key 14:21,21,23
15:2
keys 14:15,17,18
14:19
kids 8:14,18 13:8
15:20 17:4,6
17:19 20:1,4,6
20:11,11 28:7,8
28:13 33:11,13
34:2 46:11,12
46:15
kind 30:13 37:21
50:4
knew 35:17
43:24
know 6:21 7:18
9:10,19 10:4
11:10 13:6
14:23 15:4,24
16:12 17:13,15
19:23 20:9,10
20:19 21:6,11
22:18 23:5,14
23:24 24:9,15
24:17,19 25:6
25:7 27:3,20
27:22 29:12
30:24 31:15
34:12,14,16
35:10,11,12,13
35:21 36:4,4,5
38:5,18,19
39:22 40:9,11

44:1,5,10,10,13
48:3 53:8
54:8,16
knowing 7:16
28:10,12
knowledge
4:24
knows 29:14

_____

**L**
ladies 54:6
Land 10:25
language 30:10
late 47:17,22
latest 8:3
law 3:9 35:10,13
lawful 4:8
lawsuit 4:20
51:15
lawyers 54:12
learn 28:20
leave 8:19
10:23 17:6,8
17:12,13
leaving 31:1
led 19:16
left 8:15,16 18:8
30:25 31:7
33:23 42:16
Let's 7:11 36:3
49:9
lie 36:10 38:19
47:24
Lincoln 10:25
line 35:9 57:5,9
57:13,17,21
LITIGATION
56:1
little 30:17 41:14
42:12 53:22
live 18:25 46:21
living 8:7 48:13
loaded 18:7
locate 40:19
located 47:6
Loftin 7:12,14
8:7 9:1,10 10:9

11:11,19 13:25
14:14 15:4,24
16:6,13 18:20
18:25 21:12
22:13 23:2,9
23:12,17 29:21
35:7 44:13
Loftin's 10:19,22
11:23 14:11
18:15 20:12,22
29:22
long 15:24
29:14 39:6
42:10
longer 27:20
39:19
look 20:8 32:16
looked 25:2
31:22 35:18
43:23
looking 15:19
15:22 32:13
37:21 40:3,4
49:3
looks 39:11
50:15
lost 24:12
lot 37:15 48:22
56:5
loud 30:13,17
44:22
Louis 56:18

_____

**M**
M 2:1
ma'am 9:9
mail 32:22
mailbox 29:22
37:12
mailed 31:23
32:6,8,10,12
man 15:16
marked 50:7
Marquis 9:2,23
10:1,17 11:7,9
11:12,15 12:3,6
15:12,17 21:8

matching 36:23
matter 4:18
9:24 35:15,15
52:8
mean 13:2,3
15:7 19:22
35:8,9 38:20
meet 7:5 24:22
24:24 25:11
27:16,20 28:1
28:5,13,18,25
29:2 43:3
meeting 28:9
members 14:16
Menard 48:12
48:15,18
mention 33:3
mentioned
48:10 52:12
mentions 50:14
Mercury 9:2
mess 19:24
21:17 54:14
message 31:7
31:10,18
messed 37:21
Midwest 47:5
mind 32:13
minor 36:7
38:22
minute 6:21
44:5
minutes 6:22
Missouri 55:4
MO 56:18
mom 20:7
mom's 24:21
moms 17:9
money 13:19
22:3
month 16:17
19:10
months 16:4
20:18,20,21
39:16
Montvale 1:14
move 8:9,10

ANDREW WHITE  12/15/2020

17:7
moved 19:4,5,6
19:8

**N**

N 2:1,1,1,6 3:1
56:17
name 4:12,16
10:4 11:20,24
12:5,23 13:4
13:17 14:11
17:15,16 25:9
25:11 28:19
33:9 35:16
37:13 41:8
46:6,19 51:1
52:1 57:1,2
58:11
near 53:23
necessary 58:9
need 6:21 24:15
24:18 28:18
34:4
needed 17:21
neither 55:9
never 10:11 11:8
12:16 15:10
24:14 26:24
27:22 34:9,10
36:10,15 44:8
newspaper
50:11
night 18:13,13
51:18 52:6
nods 5:21
nonverbal 5:22
Nope 23:14
39:5 45:12
North 56:5
notarized 56:16
notary 55:4
56:13 58:23
notice 1:16
31:20
November 7:25
Number 2:7

**O**

O 2:1,1,6
oath 5:9
occurred 16:1
18:15
office 1:14 33:2
41:18 50:22
56:17
officer 25:1
33:2 34:14
35:23 41:9
44:4,5 51:18
52:3
officers 25:15
35:10,13 37:5
okay 5:23,24
6:5,6,10,11,17
6:24,25 7:1,11
8:4 10:18 11:10
11:19 13:16,25
14:7,24 15:4
18:10 22:10
27:2 28:8
32:16,18 33:1
36:3 39:18
40:21 41:5,13
42:7,25 43:3
43:23 45:13
46:25 49:25
50:1,14
old 20:15
older 20:19
oldest 23:6
ones 51:23
ongoing 25:20
opportunity
6:19
order 37:24
51:4
ordering 34:11
37:4
original 2:10,10
9:21 35:22
56:10
originals 40:16
outcome 55:15

outside 16:25
owned 27:11
29:6
ownership 26:7
26:10,11

**P**

P 3:1,1
page 2:3,7 50:9
50:15,25 51:4
56:10,13,17
57:5,9,13,17,21
paid 10:6 13:24
22:3 42:5
paper 32:13
parties 55:11,14
party 50:16
passenger 53:5
pay 41:21,22
PC 3:9
penalty 58:12
pending 6:23
people 27:4
34:11 37:15
54:13
percent 54:13
period 23:9
35:20
perjury 58:12
permanently
42:17
person 6:1 15:2
person's 29:14
personal 4:24
phone 22:16,19
23:23 24:8
32:17 33:22
33:23,25 34:1
36:4 45:24
46:1,4,9 53:8
phonetic 10:11
20:22
pick 18:17 46:15
picked 17:3
40:17
Pierce 2:4 3:8,9
4:21 41:7,9

49:16 52:12
53:15,19
place 13:7
Plaintiff 1:4 4:9
plates 25:10
33:6,14 34:9
34:20 40:14
45:1,6
please 4:12 6:1
6:8 7:13 56:9
56:11,16
plus 37:13
point 21:6 29:5
46:14
police 16:20
17:11,14,20 18:1
18:5 19:17,20
21:1,2,7 24:22
25:1 37:14,14
40:11 48:24
49:10 50:10
policies 36:18
possession
32:7
possibly 16:15
practices 36:19
37:2
prepare 5:15
7:9
pretty 7:17,17
15:8 16:5
37:10 40:8,9
48:19
printout 50:9
Prior 7:15
prison 38:8,11
38:13 39:6,7
39:12
private 50:16
probably 7:21
16:11
probation 47:17
problem 42:22
procedure 37:5
process 5:5
produced 4:8
51:6,10

professionally
54:6
property 16:21
17:22
prove 26:7
29:5
provide 5:6
6:13
provided 50:7
public 56:14
58:23
pulled 21:10
33:4 34:4,8
34:22 36:3
44:3,21 46:18
52:21 53:6,6
pulling 33:6
purchase 9:1
12:14
purchased 9:10
9:19,21 10:5
11:15,20,25
15:5 16:7
purpose 4:23
5:5 40:18
purposes 1:13
pursuant 1:16
put 20:4 22:22
26:13 31:22
32:3,4 34:4,13
35:2 38:1
39:6 48:3
53:2
putting 12:4

**Q**

quashed 30:7
question 6:2,5
6:7,9,14,23
35:22 53:24
53:25
questions 2:3,4
4:22 5:7,14,19
6:10 7:1 41:6
52:12 53:14,15

**R**

ANDREW WHITE  12/15/2020

R 3:1
radio 45:10
ran 25:10
reach 31:5 33:17
read 49:18 54:1
  56:11 57:6,10
  57:14,18,22
  58:6
reading 54:9
ready 10:23
really 16:11 19:13
  20:5 31:11
reason 8:14
  10:4 21:11
  24:23,24
  25:11 28:4
  57:7,11,15,19
  57:23
reasons 43:8
recall 6:12 8:12
  11:15 23:4
  26:8 29:8,8
  30:2,5 32:18
recalling 16:9
receipt 12:13,16
  12:17,19
receive 21:25
  26:20 31:20
  32:5,7,11
received 22:2,6
  26:18,21,24
  27:9 31:17 32:1
  32:23
Recess 50:2
recognize 6:14
recollection
  32:15
record 4:13 6:16
  48:20,23
  49:24
REDIRECT
  52:16
reduced 55:8
refresh 32:14
refused 22:20
regarding 10:9
  16:21 19:20

23:13,18
registered
  14:25
registration
  21:22 22:1,2,6
  26:13,18,20
  26:23 27:3,4
  27:7 33:18
  35:17 36:9
  40:15 45:1
  51:9,19,21,25
related 28:5
  51:15 55:10
relationship
  7:12,19 8:4,10
  8:16 9:4 12:18
  19:20 25:12,18
relative 55:12
released 39:25
rely 54:5
remember 9:3
  11:13 16:5,11
  16:20 19:6
  20:25 24:5
  26:8,11 30:3,6
  30:9,12,12,20
  30:22 31:1,9
  35:22 36:12
  40:1 46:7
  47:21
remind 5:8
removal 16:21
remove 13:7
render 58:9
repeat 6:8
repetitive
  40:22
rephrase 6:8
report 21:12
  35:8 37:15
  48:4
reported 21:7
  35:7 43:1
reporter 1:16 4:3
  4:13 5:13,15,21
  5:25 53:21
  55:1,4,21

reports 29:12
represent 41:9
representing
  4:17
represents 4:21
request 39:24
  51:9
requested 4:19
  39:22
residence 19:4
responded
  24:13
response 6:13
responses 5:23
result 46:25
return 31:2
  56:16
Revenue 50:16
review 7:8
revocation
  31:21 32:1 51:5
  51:9
revoked 33:7,15
  34:10,21 45:1
right 13:2 19:15
  20:9 22:8
  23:5 25:6
  26:12 41:6
  42:18 43:7
  45:6 46:8
  49:10 53:2,9
  54:1
Road 46:24
  52:1
robbery 39:1
  40:24,25 41:2
  41:2
Rochester 37:14
  37:20 40:11
  44:4 49:8
  50:12,13
romantic 7:19
roofing 37:16
  47:1,5
room 38:23
rules 5:4
run 47:7 49:23

S

S 2:6 3:1
Sangamon
  48:11,15,18
saying 6:1 17:6
  17:15 35:14,23
says 4:9 29:12
  29:13 50:16
scared 20:11
scene 18:2
school 11:2,6
Schuster 1:15
  4:3 55:3
  56:23
Scratch 13:10
second 3:4
  50:15
Secretary 21:23
  26:18 36:19
  39:23 50:22
  50:24 51:5,10
see 13:3 26:2
  33:19,19,20
  35:12,19 40:7
  40:7 43:4
  44:19 49:7,9
  51:22
seen 11:8 33:11
  37:15,19
  52:22
selling 9:17
sent 32:20
sentenced
  39:19
separate 51:14
SERVICES 56:1
servicing 10:8
setting 5:7
Sfruth@atg.st...
  3:5
Shannon 3:3
  4:16 49:13
she'll 53:23
SHEET 57:1
sheets 56:10,13
  56:16

sheriff 34:3,22
  36:3 40:5
  46:17
shift 47:18,19
shorthand 1:15
  4:2,3 55:3
show 22:10
  26:10 33:17
showed 45:15
  51:18 52:3
showing 43:25
  45:4
shown 26:9
shrugs 5:21
sic 36:2
side 52:22 53:5
sign 18:21 54:17
  56:13
signature 36:22
  53:16 54:10,14
  54:18 56:10,13
  56:17 57:25
signatures
  29:15,17
signed 37:12
Sincerely 56:20
sir 44:22 50:3
  52:13 53:19
situation 26:3
  31:13 45:10
six 16:3 38:21
  39:12,14
skip 41:13
slamming 17:4
slightest 13:6
  21:9
Sloman 24:25
  25:13,14,14,25
  27:16 28:6,15
  41:19 42:11
  43:10,12
slow 49:9
slowed 48:21
smoothly 5:5
snitch 48:25
snitched 42:4,8
snitching 42:10

ANDREW WHITE  12/15/2020

somebody 28:9
41:23 42:4
son 20:18
sorry 13:9 40:21
51:23
sort 43:4
sound 16:8,8,9
42:18
South 3:4
speak 23:2
29:25
speaker 52:25
53:1,1
speaking 26:5
30:3,22 33:3
36:12
spell 4:13
spoke 27:16
35:23 36:15
52:20
spoken 23:21
23:25 52:18
Springfield 1:15
3:4 25:1 47:9
56:5
squad 52:23
53:5
St 56:18
stab 17:18
stable 20:6
staff 49:23
stand 17:21
start 7:11 15:12
started 12:8
15:13 17:4
21:17 36:2
53:4
state 1:15 4:12
21:23 26:19
36:19 39:23
50:24 51:6,10
58:1
State's 50:22
stated 40:5
STATES 1:1
station 24:23
25:15 40:17

stay 46:22
staying 8:8 17:2
18:11 23:6,8
step 33:21
stepped 53:3
stings 25:16
STIPULATED
4:1
stole 37:11,11
stolen 21:12
24:13 29:7,11
34:5,6,6,9,13
34:15,19,19,20
34:21,22,25
35:2,7,9 36:7
43:1,25 45:16
45:20
stood 18:6
stop 44:4
straight 19:8
Street 3:4 47:8
56:18
strike 45:8
stuff 13:5,5,7
15:21 17:3,5
18:7,12 19:9
21:17 25:16,17
28:10 29:15,17
31:14 32:20
33:18 35:20
36:8,10 37:22
37:24,25 38:6
38:8 40:8,12
40:15 42:16
47:17 48:22
submitted 11:11
18:22 21:20
subscribe 58:11
substance 58:8
sudden 34:5
36:6
suit 40:20
Suite 3:9
supposed 24:10
45:5
sure 6:16 28:22
28:22,23

50:6 54:1,4
surrender 36:9
36:11
suspended
33:7,14 34:10
34:21 45:2
Sweeney 1:7
3:7 4:17 23:22
23:25 25:24
26:6 27:15,17
27:19 28:14
28:25 29:4,10
29:20 30:1,4
30:11,23 31:4
33:3 34:11,12
35:24 36:13
36:15 37:1,8
40:13 42:21
43:21 45:9,23
45:23,25 46:3
47:25 52:18
53:8,9 56:7
57:2
switch 13:13
switched 13:4
13:16,23 22:4
26:13 33:8
switching 10:3
sworn 4:8 55:6
system 29:7
32:3,4 34:13
43:25 44:25
45:4 52:9

——————
T
——————
T 2:1,6
table 35:20
take 5:21,25
6:20,21,22,24
10:7 28:11
40:14 49:16
52:25
taken 1:11,13 4:2
21:7 23:19
31:25 35:4,5
50:2 55:7,12
56:9 57:3

talk 7:5 26:16
29:2 36:16
53:10
talked 48:9
talking 19:9
22:17 31:13
35:1 36:2
45:22 52:22
53:4,7,9
tax 49:8 50:17
Taylorville
33:22,24
tell 26:6 29:4
29:10,20,23
36:25 43:17
47:25 48:6
49:11 54:11,11
54:13
telling 26:11
33:15 42:22
term 39:19
testifying 5:10
testimony 5:9
55:5,7
Thank 7:5 41:5
52:13
thereon 58:10
thereto 55:14
thing 15:9 17:1,8
21:14 32:17
38:22 51:8
things 17:5
think 12:18 19:10
20:19,20
28:23 40:25
44:12,25 46:8
thinking 12:17
40:9
third 24:1
thought 29:21
31:12
thousand 10:5
12:8,14,20
13:10 14:1,14
15:18 16:13,17
threatened
17:12

three 38:13 41:1
47:22,22
48:10
throwing 17:5
ticket 45:15
tickets 36:8
time 6:1,20,20
7:4 8:21 10:14
10:23 13:9,13
14:10,14,24
15:14 16:25
17:8 20:1,2,17
22:3 23:9,24
26:5 28:7,16
28:25 33:1,4
34:3,10 35:4
35:24 38:9,22
42:3 49:19
timeframe
42:14
timeline 16:10
42:14
times 15:10 17:3
38:14 47:22
47:22
tires 17:18
title 11:12,21,24
13:13,16 14:8
14:10 15:1,25
16:16 18:21,24
21:21 24:13
26:12,14,15,21
26:21,22,24
27:9 29:18,21
31:21 32:2
33:9 36:9
37:12,12
42:23 50:23
51:8
today 4:18 5:8
7:6 49:5
53:23 54:16
told 16:6 17:20
17:24 18:8
20:8 21:16
24:9,14,23
25:1 26:14

ANDREW WHITE 12/15/2020

27:18 28:6,15
28:25 33:5
34:4,7,20
36:4 40:5,6,13
40:14 42:25
43:12,15,20
44:24 45:3,13
52:24,25
53:11
top 25:6
total 39:11 41:1
tow 33:13 46:16
towns 9:25
Tracey 18:8
trained 36:22
54:7
transaction
15:25 50:17
transcribed 4:4
transcript 2:10
5:15 56:11
transfer 18:21
21:21
transferring
50:18
transportation
12:11 15:14
trick 41:14
trouble 20:8
truck 53:3,3
true 58:9,13
truth 28:11
truthful 5:6
35:14
try 31:4 40:19
49:3
trying 17:16
19:25 22:11
41:14,15 42:13
42:15
turn 6:3
turned 35:3
two 20:16 39:13
39:15 47:14
type 53:21,24
typewriting 4:4
55:9

**U**

U-Haul 17:25
18:8,8
Uh-huh 38:12
uh-uh 5:20
understand 5:11
5:17 6:7 41:17
42:13 45:21
50:6
understandab...
6:10
understood
54:2
UNITED 1:1
use 11:2,6 12:25
33:25 46:9
50:17
usual 21:18

**V**

v 1:5 56:6 57:2
various 9:25
vehicle 9:11,17
9:20,21 10:10
10:15,19 11:1,4
11:20,25 12:15
13:1,11,20 14:4
14:8,15,16,17
14:18,19,22
15:1,2,5,6,15
15:25 16:7,16
16:16,18 17:23
17:24 21:12,21
21:23 22:7
23:13,19 24:9
24:10,16,16,17
24:19,19 26:7
26:24,25 27:3
27:5,6,8,12
29:6,6,11 31:21
32:2 34:13,14
35:7 36:7
40:19 50:17,18
verbally 5:20
verge 19:25
verify 34:24
violent 8:14,17

voice 31:7,9
voicemail 31:1,2

**W**

W-h-i-t-e 4:15
wait 6:1,3 37:23
waited 18:6
waive 54:10,14
want 7:21 19:22
19:23 20:4,7
20:18,19
22:22 28:9
33:18,19,20
36:16 41:12
49:6 50:6
53:10,16,16
54:9
wanted 12:25
15:5 24:8
wants 25:4
warrant 28:16
28:21,24 30:7
43:15,18
wasn't 11:22
12:5,17 15:7
17:7 19:8
22:18 28:11
34:8,9,18
46:12
way 6:16 17:24
33:12,22,24
35:1
we'll 20:9
49:25 50:8
51:24
we're 49:22
53:19
we've 48:9
53:8
weapon 39:4
week 47:14
weight 38:2
went 13:23 18:17
22:3 24:12
33:17 37:3,20
38:11,13 43:20
52:23

weren't 43:9
45:4
West 56:5
White 1:3,10,12
4:2,7,14,15,16
33:5 41:8
46:20 56:4,6
56:8 57:1,2
58:5,20
White's 2:8
willing 27:20
window 53:6,7
windows 17:18
witness 1:13
53:25 54:17
55:5,7 57:1,25
Woods 3:9
work 15:9 18:10
18:19,20 23:16
25:14 41:21
worked 25:17
41:18
workers 31:13
working 12:8
47:4,12,25
48:6,21
wouldn't 22:16
22:18
wrong 38:6
51:22
wrongful 37:6

**X**

X 2:1,1,6,6

**Y**

yeah 9:12 11:18
14:23 19:15
21:24 22:8,22
27:6 30:14,16
31:6 32:6
34:17 37:11,19
38:7 39:13,16
39:21 41:24
43:22 45:22
46:16 47:3
year 7:15 25:18

38:9 39:8,9
39:10 42:12
years 7:17 30:21
38:5,7,21
39:12,13,14,15
39:16
yelling 30:10
Yep 23:10
young 8:20

**Z**

**0**

084-004660
1:16
09561566 55:4

**1**

1 2:8 50:8
1,000 10:6
1,500 10:6
10:30 1:14
101 56:5
10th 13:14,17,21
13:22,22 14:1
14:13,25 16:13
22:13,14,24
23:3 36:13
38:4
11:27 54:20
11th 56:18
13th 13:23 14:4
14:6,25 18:22
21:22 22:5
15 1:13 7:17 56:9
57:3
16th 31:23 32:2
47:8
1751 56:5
18 7:22 8:13
20:20,20
39:16
19 20:21 48:21
1995 9:1
1996 38:14,16,17
39:12 40:22
19th 16:21 19:1,5

ANDREW WHITE  12/15/2020

19:14,21 42:15

**2**
**20** 58:15
**200** 3:9
**2006** 38:14,22
  38:25 39:1,17
  48:20
**2012** 38:14 39:2
  39:3,4,7 48:12
**2018** 7:23 8:1,5
  9:8 11:17,18
  16:8 19:1,21
  22:15,24 24:3
  25:23 30:19
  30:23 31:4
  32:2,9,24
  38:4 51:2
**2019** 51:25
**2020** 1:14 56:3
  56:9 57:3
**20th** 31:24 32:5
  32:6,8,8,10,12
  32:20 51:1
**217** 3:5

**3**
**3** 3:9
**3:19-cv-03181-...**
  1:5
**30** 56:17
**3000** 1:14
**31** 56:3
**3rd** 22:13,14
  23:3 24:2,4
  25:23 27:15
  27:24 30:1,18
  31:3

**4**
**4** 2:3
**41** 2:4

**5**
**50** 2:8
**500** 3:4
**52** 2:3

**5th** 16:7,8

**6**
**62226** 3:10
**62701** 3:4
**62702** 56:5
**63101** 56:18
**6th** 30:4,23

**7**
**711** 56:17
**782-9014** 3:5

**8**
**812** 46:24

**9**
**99** 54:13