On 08/10/2018 at approximately 1520 hours I, Officer Joseph Felchner, initiated a traffic stop on a vehicle reported stolen. The driver, Andrew P White (08/28/1979) was arrested for operating a stolen vehicle and confined to the Sangamon County Jail.

The following narrative, not verbatim or in its entirety, is a summary of my investigations, observations, and actions.

On 08/10/2018 at approximately 1500 hours I was conducting stationary patrol at the intersection of Route 29 and Taft Lane. Using my in car computer, I ran the license plate of a maroon colored Mercury that was travelling South on Route 29. My computer displayed that the vehicle was reported stolen out of Springfield. I confirmed through Sangamon County Dispatch that the vehicle was stolen. Unfortunately I was unable to locate the vehicle, so I continued driving South and remained stationary at the 7500 Block of Route 29. I then called Dispatch who had contacted the Secretary of State Police Investigator Sweeney who reported it stolen. I was advised that the vehicle is stolen, with the registration and title revoked.

At approximately 1520 hours I observed the stolen vehicle travelling Southbound on Route 29. I initiated my emergency lights and stopped the vehicle at the intersection of Route 29 and Leach.

I approached the driver's side of the vehicle, and stood near the left rear wheel. I asked the driver, who I now know to be Andrew P White (08/28/1979) to exit the vehicle and keep his hands up. He exited the vehicle and I placed him in handcuffs. I explained that the vehicle was stolen; and that the title and registration were both revoked. Mr. White stated he was concerned about his children in the vehicle who are both under the age of two. Upon confirming his identity, I removed the handcuffs. At this time, Deputies Miller and Wieland arrived on scene.

We were notified via dispatch that Investigator Sweeney made contact with the vehicle owner and would drive to the scene to retrieve her vehicle. She also confirmed that the vehicle is stolen, and stated that she has had multiple contacts with Mr. White regarding this issue. I then placed Mr. White back in handcuffs with him cuffed in the front. I checked them for fit but did not double lock them. The deputies maintained contact with Mr. White while I started writing the citations.

Dispatch was able to contact Mr. Whites father to take custody of the children. The vehicle was beginning to get warm, so the deputies removed the children from the stolen vehicle and placed one in each of their vehicles to keep them cool. Mr. Whites father arrived and took custody of the children. The children's names were Andrew White, Jr (01/13/2016) and Jaye-andriel White (08/06/2017). The owner of the vehicle, Christie L Lofton (12/25/1979), arrived to drive her vehicle home. I removed the stolen plates from the vehicle.

I drove Mr. White to the Rochester Police Department to fill out the electronic Probable Cause form, and then transported him to the Sangamon County Jail. Mr. White received the following citations: 196283 625 ILCS 5/4-103 Possession of a stolen vehicle, 196280 625 ILCS 5/3-702 Driving with Revoked Registration, 196281 625 ILCS 5/ 3-706 Failure to Surrender Revoked Registration, and 196282 625 ILCS 5/3-101 Operating Vehicle with Revoked Title.

Supplemental Report: 08/15/18
Officer Joseph Felchner

White v. Sweeney, et al. (19-3181) SOS No.:000108