JESSE WHITE
ILLINOIS SECRETARY OF STATE

IN THE MATTER OF REVOCATION OF
ILLINOIS LICENSE PLATE NO.  AW86617
ISSUED ON A  1995 MERCURY MARQUIS
VEHICLE IDENTIFICATION NUMBER   2MELM75W3SX602613

ISSUED TO:

ANDREW P WHITE
812 DEERFIELD RD
CHATHAM    IL    62629

LIENHOLDER:

NONE

## ORDER OF REVOCATION

TO THE RESPONDENT:     ANDREW P WHITE
                       812 DEERFIELD RD
                       CHATHAM    IL    62629

YOU ARE HEREBY NOTIFIED that an order revoking Illinois License Plate No. AW86617        has
been entered on 08/16/2018    .

    The grounds for said revocation are as authorized under (625 ILCS 5/3-704) or (625
ILCS 5/3-405.2)

WHEREFORE IT IS HEREBY ORDERED THAT all privileges to Illinois License Plate No.
AW86617    are hereby revoked.

_____
Ernie Dannenberger, Director
Vehicle Services Department

I, _____ESWEENEY_____ , hereby certify that on __8/20/18__ , the foregoing
    (Officer)                                              (date)
ORDER was served by me personally on the named within.

Officer: _____   _____   |  | Mailed: _8_, 20, 18_

********************
## NOTICE
You are entitled to a hearing on the merits of this revocation.  You must request such hearing in
writing through the Secretary of State, Department of Administrative Hearings, Room 200 –
Howlett Building, Springfield, IL 62756 or Secretary of State, Department of Administrative
Hearings, 17 N. State St., Room 1200, Chicago, IL 60602.