Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**Andrew White,** )
)
      **Plaintiff,** )
)
      vs. )    Case Number: 19-cv-3181
)
**Joseph Felchner and** )
**Ellen Sweeney,** )
)
      **Defendants.** )

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that final judgment is entered in favor of Defendants Joseph Felchner and Ellen Sweeney and against Plaintiff Andrew White.

**Dated: July 29, 2021**

                                                  s/ Shig Yasunaga
                                                  Shig Yasunaga
                                                  Clerk, U.S. District Court

Approved:   s/ Sue E. Myerscough
                    Sue E. Myerscough
                    U.S. District Judge